UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRES OQUENDO, an individual; ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: |
| v. ) | |
| ) | |
| WORLD BOXING ASSOCIATION, a ) | |
| foreign non-profit corporation ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY JUDGMENT AND MONEY DAMAGES

Pursuant to RCW 7.40, 7.24 and the common law, the Plaintiff, Fres Oquendo, by and through his attorneys, the Law Offices of Raed Shalabi Ltd., complains and alleges as follows:

### I. STATUS OF PARTIES

1. Plaintiff, Fres Oquendo is a citizen of the United States, and resides in Cook County Illinois.

2. Defendant World Boxing Association ("WBA" hereafter), at all times material hereto, is a non-profit corporation organized under the law of the State of Illinois, with its principal place of business in Panama City, Panama.

### II. JURISDICTION, VENUE, AND CHOICE OF LAW

3. This court has jurisdiction to hear this complaint under RCW, Chapters 7.40, 7.24, and pursuant to contract.

4. Venue is proper in this court because the WBA has substantial business dealings with the State of Illinois and Mr. Oquendo resides in the State Of Illinois. Further, the WBA has contracted several fights in the State of Illinois over the past several years.

## III. FACTS

5. The WBA is a non-profit corporation responsible for the regulation of professional boxing Worldwide by providing rules and regulations governing world championship fights in all weight classes.

8. The WBA's voting membership is comprised solely of the Association's directors and various governmental entities devoted to the regulation of boxing. As such, its activities are considered state action, subjecting it to the requirement of the United States Constitution. Duva v. World Boxing Ass'n, 548 F.Supp. 710, 717 (D.N.J. 1982).

9. Plaintiff, Fres Oquendo is a professional heavyweight boxer. He has moved up to the top of the boxing rankings up and until the time he was supposed to contend for the heavyweight championship of the world.

10. Mr. Oquendo has a contractual relationship with the WBA that incorporates the Rules of World Boxing Association.

11. In 2014, Mr. Oquendo was the mandatory challenger for the WBA Heavyweight Championship and contracted to fight Ruslan Chagaev for the WBA World Heavyweight Title in Chechnya, officially the Chechen Republic. Mr. Oquendo's bout contract called for him to be paid a purse of $1 million USD for the fight and to be given the opportunity for a rematch if he were to lose the fight. On July 6, 2014, Mr. Oquendo fought Chagaev and was defeated by a close decision with Chagaev being crowned the WBA World Heavyweight Champion. Chagaev's promoter only paid Mr. Oquendo a fraction of his purse for that WBA title fight and Mr. Oquendo filed a lawsuit against Chagaev's promoter and won the lawsuit with the court

awarding Mr. Oquendo the unpaid portion of his fight purse in the amount of $750,000 and further ruling that Chagaev's promoter had to provide an immediate rematch to Mr. Oquendo per his bout contract. (See attached Exhibit A).

12. Contrary to the court's ruling, Chagaev's promoter contracted for Chagaev to fight Francesco Pianeta, another heavyweight contender, and the WBA sanctioned that fight as a world heavyweight title fight despite Mr. Oquendo's contractual right to an immediate rematch with Chagaev and the court's ruling mandating that Chagaev's promoter give Mr. Oquendo an immediate rematch.

13. Prior to Chagaev's title defense against Pianeta, Mr; Oquendo filed an objection with the WBA to enforce his rematch clause with Chagaev and the WBA reached a resolution with Mr. Oquendo by promising him that he would fight the winner of the Chagaev vs Pianeta fight next.

14. Ruslan Chagaev fought Francesco Pianeta on July 11, 2015 and won that fight by knockout.

15. However, despite the WBA's ruling that the winner of the Chagaev vs. Pianeta fight would have to fight Mr. Oquendo next, the WBA sanctioned a fight between Chagaev vs. Lucas Brown for the WBA World Heavyweight Championship instead.

16. To resolve the WBA disregarding its rules and the rulings of its Championship Committee once again, the WBA told Mr. Oquendo that he would fight the winner of the Chagaev vs. Brown WBA World Title fight.

14. Lucas Brown defeated Ruslan Chagaev in the 10th round by knockout and became the WBA World Heavyweight Champion. However, two weeks after the fight it was discovered that Lucas Brown tested positive for steroids and the WBA suspended Lucas Brown from fighting for six months and stripped him of the Heavyweight Championship, thus reinstating Chagaev as the

WBA Heavyweight Champion.

15. At this point, Mr. Oquendo was finally offered a rematch against Chagaev and was presented with a contract to fight Chagaev for the WBA World Heavyweight Championship. However, Chagaev unexpectedly announced his retirement leaving the WBA Heavyweight Championship title vacant. As a result, the WBA ruled that the top two available contenders would fight for the vacant WBA Heavyweight Title, and the WBA designated Mr. Oquendo as one of the challengers and Shannon Briggs as the other challenger.

16. Mr. Oquendo signed a bout contract to fight Mr. Briggs and agreed to a purse of $500,000 and the fight was scheduled for June 3rd of 2017. However, one week before that Championship fight, Shannon Briggs tested positive for steroids resulting in Briggs being suspended under the WBA rules and the Oquendo vs. Briggs championship bout being canceled.

17. At that point, Mr. Oquendo was still the number one contender and the WBA ruled that the next available contender to replace Briggs in a WBA World Heavyweight Title fight against Mr. Oquendo would be Alexander Ustinov. However, instead of mandating Oquendo vs. Ustinov for the vacant WBA World Heavyweight Title, the WBA passed up Mr. Oquendo again, even though he was the number one contender, and agreed to sanction a fight between Alexander Ustinov and Manuel Charr for the vacant WBA World Heavyweight Title instead.

18. Manuel Charr ended up fighting Alexander Ustinov for the vacant WBA World Heavyweight Title on November 25, 2017 and won that fight by unanimous decision, becoming the WBA World Heavyweight Champion. The WBA then ruled that Manuel Charr had to defend his title

against Mr. Oquendo, and that fight was scheduled for September 29, 2018.

19. Pursuant to that contract, if either party tested positive for steroids or if the fight was cancelled for any reason because of the fault of either fighter then the opposing fighter would be awarded damages or whatever the purse money being held was. A week before Mr. Oquendo was to fight Charr for the WBA World Heavyweight Title, Charr tested positive for steroids, and the WBA stripped Manuel Charr of the Heavyweight Championship and suspended him for 6 months.

20. Mr. Oquendo was not given the purse pursuant the contract even though Manuel Charr tested positive for steroids. Manual Charr objected to the WBA's adverse ruling challenging the positive test for steroids and the WBA ended up lifting Charr's suspension and reinstated him as the WBA World Heavyweight Champion.

21. The WBA then ordered a new fight between Charr and Mr. Oquendo that was scheduled on April 6, 2019 in Colon Germany. However, that fight never happened nor has the WBA enforced it's rule against Charr that champions defend their titles against the mandatory challenger once every nine months.

22. In fact, Charr hasn't fought since his fight against Alexander Ustinov on November 2, 2017 but has retained his WBA World Heavyweight Title in contravention of the WBA rules. Also during this time, Mr, Oquendo has maintained a high ranking by the WBA with unfulfilled promises and breaches of contract by the WBA to give Mr. Oquendo a title shot going back to the WBA's disregard of his immediate rematch clause in his bout contract with Ruslan Chagaev in 2014.

23. Then without any justification, the WBA dropped Mr. Oquendo from its top 10 rankings in

- 6 -

September 2020 and on November 30, 2020 ordered a title fight between Manuel Charr and Trevor Bryan to take place by January 29, 2021.

24. Every time Oquendo was to fight for the WBA heavyweight title and the fight didn't happen because of failed drug tests by his opponents, the WBA failed to order a new fight with Oquendo against the next available contender. Instead, they approved title fights involving other top contenders by passing Oquendo and his demand is for an immediate title shot.

25. The WBA has disregarded its rules in allowing Charr to remain heavyweight champion without a mandatory title defense (or any title defense) since his last fight over 3 years ago and shall be ordered to defend his championship.

26. The WBA has repeatedly disregarded its own rulings and agreements regarding Oquendo fighting for the WBA World Heavyweight Championship resulting in extreme hardship and financial loss to Oquendo which can only be rectified by a mandatory title shot.

## IV. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for Judgment against the Defendant as follows:

A: an immediate injunction against the WBA to halt the pending heavyweight title fight between Manuel Charr and Trevor Bryon and requests the court to rule that Oquendo is next in line to fight Charr for the heavyweight title.

B: In the alternative, for damages in an amount to be proven at trial.

C: any other relief that this court deems fit.

- 7 -

DATED this 15th date of January, 2021.

          RAED SHALABI LTD.

          BY: _____

| | |
|---|---|
| ARDC #: | 6290732 |
| Name: | Raed Shalabi |
| Attorney for: | Plaintiff |
| Address: | 12630 S. Harlem Avenue |
| City/State/Zip: | Palos Heights, Illinois 60463 |
| Telephone: | 708-671-0800 |

|  |
|---|
| USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 04/07/2015 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRES OQUENDO,

                Plaintiff,

-against-

CCC TEREK, *d/b/a* Terek Box Event,

                Defendant.

No. 14-CV-9835 (RA)

PRELIMINARY INJUNCTION

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record, Plaintiff's motion for a preliminary injunction is GRANTED and, accordingly, Defendant is hereby PRELIMINARILY ENJOINED from:

(1) promoting or managing Ruslan Chagaev in any bout for the World Boxing Association ("WBA") World Heavyweight Championship, or in any bout at which his WBA championship would be at stake;

(2) assigning or transferring its exclusive promotional rights to Mr. Chagaev, to the extent it has such rights;

(3) providing the services of Mr. Chagaev to another boxing promoter;

(4) releasing Mr. Chagaev from any exclusive promotional agreement with Defendant, to the extent such agreement exists; or

(5) facilitating Mr. Chagaev's participation in a bout that Defendant has the exclusive right to promote pursuant to any promotional agreement with Mr. Chagaev;

unless, with respect to each of (1) through (5) above,

A

(a)     Mr. Chagaev first shall have defended his WBA heavyweight title against Fres Oquendo or vacated the WBA title; or

(b)     the WBA has refused in writing to sanction a bout for the WBA heavyweight title between Mr. Chagaev and Mr. Oquendo; provided, however, that Defendant shall not, directly or indirectly, seek to oppose the WBA's sanction of such bout.

SO ORDERED.

Dated:    April 7, 2015
              New York, New York

                                                  Rønnie Abrams
                                                  United States District Judge