IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRES OQUENDO, an individual, | CASE NO. 1:21-CV-00270 |
| Plaintiff, | |
| vs. | JUDGE ANDREA WOOD |
| WORLD BOXING ASSOCIATION, a foreign non-profit corporation, | |
| Defendant. | |

## DECLARATION OF GILBERTO J. MENDOZA

1.      I am the President of the World Boxing Association ("WBA"). I am an adult, a citizen of Venezuela, and resident of the Republic of Colombia. I have served as President of the WBA since December 2015. I am familiar with the organization, rules, and procedures of the WBA, including the operations of its Rankings and Championship Committees. Previously I chaired the Championships Committee. I am competent to make this declaration.

### A.      ORGANIZATION

2.      The WBA is incorporated as a voluntary non-profit corporation of the State of Washington with its registered office in Tacoma, Washington and its principal place of business in Panama City, Panama. A copy of the WBA's most recent Express Annual Report with Changes, as certified by the Washington State Office of Secretary of State, Corporations and Charities Division, is attached as Exhibit A.

3.      The WBA's Registered Agent's address is located in Tacoma, Washington. Tacoma is the county seat of Pierce County, Washington. The WBA previously had been incorporated in the Commonwealth of Pennsylvania, but that corporation is inactive.

4.      The WBA is a member organization dedicated to promoting and serving the sport of boxing and to implementing safety measures for the protection of boxers. The WBA ranks professional boxers in various weight categories and sanctions title and related bouts.

5.      The WBA conducts and directs its stated mission of promoting the sport of boxing from its offices in Panama City, Panama. The WBA has no offices, employees, agents, property, phone listings, board members or any other persons with a corporate relationship located in the State of

Illinois. The WBA does not market or solicit business in the State of Illinois. The WBA does not maintain any bank or other financial accounts in Illinois.

6.      The WBA does not maintain registration as a foreign corporation with the State of Illinois. At the present time, the WBA has no member resident in Illinois who would qualify to serve as a bout supervisor.

7.      The WBA does not dictate the location of sanctioned bouts. The locations of such bouts are generally determined collaboratively by boxing promoters who receive the right to promote the bout, and the managers, boxers, and media contacts involved in their planning. The WBA is not involved in the scheduling of such bouts in any particular venue, including any particular state.

8.      I have reviewed the Complaint in the above-named matter. None of the events or actions alleged in the Complaint occurred in Illinois. No part of any decision regarding the ranking of heavyweight boxers, the regulation and defense of their titles, or rule interpretations affecting those decisions, including any and all decisions and interpretations affecting Fres Oquendo, took place in the State of Illinois.

9.      The Complaint discusses various ranking decisions and authorizations of title bouts in the heavyweight boxing division by the WBA between 2014 and 2021. The allegations involve not only Plaintiff Oquendo, but other boxers who were involved in, or affected by, decisions of the WBA discussed in the Complaint. Among those other boxers is Mahmoud Charr, who I understand to be a citizen and resident of the Federal Republic of Germany. As I understand the Complaint, it asks this Court to order the WBA to take action against Charr by denying him a championship title. His title of "Champion in Recess" has been a subject of review. Another boxer who was the subject of WBA orders and decisions during the period of time covered by the Complaint is Trevor Bryan. Bryan is a resident of Florida. Bryan's current title is "World Champion." Neither Charr nor Bryan is a resident of Illinois. The requested relief could negatively affect either or both of the boxers.

## B.      WBA RULES

10.     In ranking boxers and sanctioning title and other bouts, the WBA operates under its own Rules. Those Rules govern rankings, authorization of title bouts, installation of boxers as champions, removal of boxers as champions, removal of boxers from rankings, and other similar matters. Under the WBA Rules, a decision to remove a Champion from his status is one that must be made by the Championships Committee and the President of the WBA.  A copy of the WBA Rules is attached as

Exhibit B to this Declaration.

11.     The WBA ranks male boxers monthly in seventeen weight divisions, including the heavyweight division. The WBA also ranks female boxers. The WBA sanctions championship and related bouts. Champions and mandatory contenders for championships are also set out in the monthly ratings. If a boxer is demoted or removed from a rankings list, the WBA is required to post a reason for the demotion or removal within ten days of publication of the rankings. Under federal law, 15 U.S.C. § 6301 et seq., a boxer or his agent may request a clarification for the reason provided. Such a request is provided for in WBA Rule F.4.b. In addition, the WBA Rules allow a boxer or his agent to request reconsideration of the ranking change or of the reason given for it, and further allows an internal appeal of either decision. *See* Rules F.4.d, F.5, and F.6.a.

12.     As a member of the WBA, Plaintiff is bound by the WBA Rules. Rule A.2. The Plaintiff is "bound by" the Rules and "required to be familiar with them." Rule C.7. Furthermore, he is obliged "to know and be familiar with all Association rules,…" Rule. C.14. Pursuant to those Rules, any party adversely affected by, or in disagreement with, a WBA resolution may file a Request for Reconsideration, and have that Request considered, pursuant to WBA Rule F.5. Any affected party— including the Plaintiff here—has an additional right to appeal a decision responding to a Request for Reconsideration by filing an Appeal under WBA Rule F.6.

13.     Chapter F of the WBA Rules is entitled "Request for Ratings Information, Reconsideration, or Appeals." The Rules allow a member to take various administrative actions when asking for review or the setting aside of a decision by the WBA, its President, or by one of its committees. Those Rules provide for Requests for Ratings Information, as well as Requests for Reconsideration. They also allow for an Appeal. Any decision by the Championships Committee may be reviewed pursuant to a Request for Reconsideration or Appeal. WBA Rule F.2. Every WBA action alleged in the Complaint is subject to the provisions of Chapter F of the Rules. The Rules for Requests for Reconsideration set out procedures to provide notice to other parties that may be affected by the request, and for procedures to consider the request. WBA Rule F.5. Rule F.5.b provides that: "Failure to timely request reconsideration shall constitute a waiver by the boxer and his agents of any and all rights and claims." It further provides that: "No additional remedy may be sought from a court of law."

14.     A further step allowing for administrative review of decisions by the WBA is an "Appeal". WBA Rule F.6. Appeals cover decisions by any Committee, the Directorate, or the

President. If an appeal is filed, an appeals panel is appointed, and various procedural steps for a hearing and deciding the appeal are carried out. WBA Rules F.7-14. Under the same Rules, Oquendo is "under the obligation to know and be familiar with all Association Rules, . . . including those involving appeals and legal actions". WBA Rule C.14. In his Complaint, Oquendo admits that he "has a contractual relationship with the WBA that incorporates the Rules of (sic) World Boxing Association."

15.    WBA Rule F.17 provides as follows:

> No member, boxer, promoter, manager, agent, or other person or entity, may seek relief in any court of a matter subject to reconsideration or appeal unless said party has first exhausted the administrative remedies provided in these rules.

Exhibit B, WBA Rule F.17. Plaintiff did not seek any remedies under the foregoing provision. Plaintiff did not appeal any relevant decision of the WBA.

16.    WBA Rule F.18 deals with, among other things, choice of law and proper venue for any "member, boxer, promoter, manager, or other person or entity who requests, benefits from, or is affected by a rating or sanction, or who asserts a claim or right against the Association, or requests relief arising from the Association's Constitution, Bylaws or these Rules."

The choice of law provision is WBA Rule F.18.a, which states that: "The laws of the State of Washington, United States of America, govern." See Exhibit B, WBA Rule F.18.b.

Furthermore, the Rules have the following provision on venue:

> <u>Venue</u>. Venue shall lie in the courts of Pierce County, State of Washington, United States of America.

Exhibit B, WBA Rule F.18.b.

This venue provision applies to any "member, boxer, promoter, and others who assert 'a claim or right' 'arising from the' WBA's Rules." The United States District Court for the Western District of Washington, Tacoma Division, sits in Pierce County, Washington.

17.    As a member of the WBA, Oquendo has consented to the application of Rule F.18.b., and, therefore, to Pierce County, Washington as the proper venue.

18.     Upon review of the complaint, it is unclear what specific contractual obligations Plaintiff believes the WBA has breached. Plaintiff appears to take issue with the WBA's sanctioning of a 2016 bout between Ruslan Chagaev and Lucas Browne, Complaint ¶¶ 13-14, a 2017 bout between Manuel Charr and Alexander Ustinov, Complaint ¶¶ 17-18, and cancellation of Plaintiff's championship bouts due to his own disregard for WBA rules and his opponents' use of performance-enhancing substances, Complaint ¶¶ 15-17, 20-21, 24. Plaintiff also objects to a WBA decision concerning his ranking made in 2020. Complaint ¶ 23.

19.     The WBA process for determining rankings and championship bouts is subject to challenge and review via the internal adjudicative process laid out about under Chapter F of the Rules. Plaintiff has never challenged any ranking decision, championship bout decision, match cancellation, or any other WBA decision mentioned in the complaint through that WBA Rules process.

EXECUTED this 12 day of January 2022 at  Orlando, Florida                              .

_____        _____

GILBERTO J. MENDOZA

5

SMITH | ALLING PS

ATTORNEYS AT LAW

**EXHIBIT A**



**SOS**
Office of the Secretary of State
Corporations & Charities Division

| Filed |
| --- |
| Secretary of State |
| State of Washington |
| Date Filed: 09/28/2020 |
| Effective Date: 09/28/2020 |
| UBI #: 602 653 993 |

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**WORLD BOXING ASSOCIATION**

UBI Number:
**602 653 993**

Business Type:
**WA NONPROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**AVE. AQUILINO DE LA GUARDIA & CALLE 47, OCEAN BUSINESS PLAZA, 14TH FLOOR, OFFICE 14-05, MARBELLA, PANAMA, PANAMA, 081601091, PANAMA**

Principal Office Mailing Address:
**AVE. AQUILINO DE LA GUARDIA & CALLE 47, OCEAN BUSINESS PLAZA, 14TH FLOOR, OFFICE 14-05, MARBELLA, PANAMA, PANAMA, 081601091, PANAMA**

Expiration Date:
**09/30/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**09/27/2006**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ATHLETIC, PROMOTE AND SERVE THE SPORT OF BOXING.**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
| --- | --- | --- |
| ROBERT E MACK | 1501 DOCK ST, TACOMA, WA, 98402-3209, UNITED STATES | 1501 DOCK ST, TACOMA, WA, 98402-3209, UNITED STATES |

## PRINCIPAL OFFICE

Phone:

Work Order #: 2020092800511660 - 1
Received Date: 09/28/2020
Amount Received: $10.00

**2536271091**

Email:
**RBAGNARIOL@AVASA.COM.NI**

Street Address:
**AVE. AQUILINO DE LA GUARDIA & CALLE 47, OCEAN BUSINESS PLAZA, 14TH FLOOR, OFFICE 14-05, MARBELLA, PANAMA, PANAMA, 081601091, PAN**

Mailing Address:
**AVE. AQUILINO DE LA GUARDIA & CALLE 47, OCEAN BUSINESS PLAZA, 14TH FLOOR, OFFICE 14-05, MARBELLA, PANAMA, PANAMA, 081601091, PAN**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|-------|------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | GILBERTO | MENDOZA |
| GOVERNOR | INDIVIDUAL | | RENZO | BAGNARIOL |
| GOVERNOR | INDIVIDUAL | | CARLOS | CHAVEZ |
| GOVERNOR | INDIVIDUAL | | FRANCISCO | PINA |
| GOVERNOR | INDIVIDUAL | | MARIANA | BORISSOVA |
| GOVERNOR | INDIVIDUAL | | AURELIO | FIENGO |
| GOVERNOR | INDIVIDUAL | | GEORGE | MARTINEZ |
| GOVERNOR | INDIVIDUAL | | WON | KIM |
| GOVERNOR | INDIVIDUAL | | OCTAVIO | RODRIGUEZ |
| GOVERNOR | INDIVIDUAL | | GUSTAVO | PADILLA |
| GOVERNOR | INDIVIDUAL | | JULIO | QUINTERO |
| GOVERNOR | INDIVIDUAL | | JULIO | THYME |

## NATURE OF BUSINESS

- ATHLETIC
- PROMOTE AND SERVE THE SPORT OF BOXING.

## EFFECTIVE DATE

Effective Date:
09/28/2020

## CONTROLLING INTEREST

1. Does your entity own real property such as land or buildings (including leasehold interests) in Washington?
**NO**
2. As of January 1, 2019, has there been a transfer of stock, other financial interest change, or an option agreement exercised that resulted in a transfer of at least 16⅔ percent interest in the entity?
**NO**
  a. If "yes", has the transfer of stock, other financial interest change, or an option agreement exercised resulted in a transfer of controlling interest (50 percent or greater)?
**NO**
3. As of January 1, 2019, has an option agreement been executed allowing for the future purchase or acquisition of the entity?

This document is a public record. For more information visit www.sos.wa.gov/corps

**NO**

You must report a <u>Controlling Interest Transfer Return</u> **IF**: you answered "yes" to questions 1 **AND** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of <u>RCW 82.45.220.</u>

For more information on **Controlling Interest**, visit <u>www.dor.wa.gov/REET.</u>

## RETURN ADDRESS FOR THIS FILING

Attention:
**ROBERT MACK**
Email:
**RMACK@SMITHALLING.COM**
Address:
**1501 DOCK ST, TACOMA, WA, 98402-3209, USA**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**JULIO**

Last Name:
**QUINTERO**

Title:
**TREASURER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

Work Order #: 202009280511660 - 1
Received Date: 09/28/2020
Amount Received: $10.00

SMITH | ALLING PS
ATTORNEYS AT LAW

**EXHIBIT B**

# RULES OF WORLD BOXING ASSOCIATION
# (ASOCIACION MUNDIAL DE BOXEO)

## Index

A.    **GENERAL** .................................................................................................................. 2

B.    **RATINGS** ................................................................................................................... 7

C.    **CHAMPIONSHIPS.** ................................................................................................... 9

D.      **PURSE BIDS** ...................................................................................................... 19

E.    **CONTEST RULES** ................................................................................................... 23

F.    **REQUESTS FOR RATINGS INFORMATION, RECONSIDERATION OR APPEALS** ........ 30

G.    **FEMALE BOXING** ................................................................................................. 36

**APPENDIX A** ................................................................................................................ 38
    **MEDICAL AND SAFETY GUIDELINES** ................................................................... 38

**APPENDIX B** ................................................................................................................ 47
    **GUIDELINES ON RATINGS** ................................................................................... 47

**APPENDIX C** ................................................................................................................ 72
    **SUPER BELTS** ...................................................................................................... 72

**APPENDIX D** ................................................................................................................ 73
    **SANCTION AND OTHER FEES** ............................................................................... 73

**APPENDIX E** ................................................................................................................ 78

**APPENDIX G** ................................................................................................................ 80
    **CONSENT AND WAIVER** ...................................................................................... 80

WBA RULES as Adopted at Directorate Meeting in Sofia, Bulgaria 6/11/15

## A. GENERAL

1. **Purpose**. These Rules are intended to further the purposes of the Association, set out the norms by which the Association carries out the authority granted it under the Bylaws, and provide members and boxers the standards and obligations applicable to ratings, sanctioned bouts, and other Association activities.

2. **Application**. These Rules apply to all actions and decisions of the Association regarding ratings, sanctioning of bouts, conduct of bouts, requests for explanations or reconsideration, appeals, and related matters, and apply to all members, affected boxers, and their agents. In addition, any legal claim or action against the Association by a member, boxer, manager, promoter, or his or its agent is governed and limited by these Rules, including Rule F.18. Any boxer ranked or recognized as a champion is bound by these Rules.

3. **Interpretation**. The authority to interpret these Rules is within the sole discretion of the committee and committee chairman assigned the matter under these Rules, and finally with the President. In the case of an appeal, the authority lies with the particular appeals panel and finally with the President. In those instances when an interpretation of these Rules is warranted, the Committee Chairman and President shall render the same consistent with the intent of the Rule. Previous rules and interpretations thereof may be considered when appropriate for interpretation of current WBA rules.

4. **Preemption**. In general, application of any Rule in conflict with a published mandatory provision of law duly adopted and enforced by a national, state, or provincial government, or with a regulation of an authorized national or local boxing commission, may be superseded thereby.

5. **Notice**. Because there is no international official registry of addresses or related information for boxers on which the Association can rely, it shall use reasonable efforts to ascertain such information. Such efforts may rely on information previously submitted by boxers or their agents found in the public domain. The WBA may notify boxers through their agents, or via the WBA's website.

6. **Definitions**.

"ABC" means the Association of Boxing Commissions of the United States of America.

"Appeals" means an appeal by a member or boxer of an appealable ruling by a committee, committee chairman, or officer.

"Appeals Panel" is that body appointed by the President to hear an appeal or appeals, and constitutes the appeals committee established in the Bylaws.

"Association" is the World Boxing Association (or Asociacion Mundial de Boxeo).

"Boxer's agent" is any manager, and promoter, matchmaker, or other person legally authorized by a boxer to represent him in relation to a matter covered under these Rules.

"Bylaws" are the bylaws of the Association adopted in 2004, and as thereafter amended.

"Category" is a weight division.

"Champion" is a boxer recognized by the Association as a title holder in his respective weight category.

"Contest" is a boxing match or bout.

"Day" means a calendar day.

"Interim Champion" means either an Interim Champion under Rules C.22-24, or an Interim Champion under Rule C.30.

"Leading available contender" means a mandatory contender available to fight for a title, or when there is no mandatory contender that boxer ranked highest and who is available immediately to fight for a title.

"Manager" means a representative of the boxer. Each boxer contending for WBA recognition must designate a Manager. The Manager fee identified in the appendices to these Rules are applicable regardless of whether a boxer designates a Manager, and regardless of title or description given to said representative.

"Mandatory contender" means the boxer recognized as the contender for a title.

"Medical Guidelines" mean safety guidelines. See attached Appendix A.

"Member" means a person in good standing with the Association as otherwise identified herein.

"Official contender" means a mandatory contender.

"Officials" mean people with official duties at bouts: judges, the referee, and the supervisor.

"Other sanctioning organizations" means the International Boxing Federation (IBF), World Boxing Council (WBC), and World Boxing Organization (WBO).

"Purse" means the gross total amount of money and any other thing of value a boxer receives, or is entitled to receive, as compensation for participating in a sanctioned bout. The purse includes the total amount due to the boxer, his assigns, creditors, contractors, agents, promoters, managers, or any other party for any alleged provision of services agreement, including any amount the Boxer may direct or authorize, or is required, to be directed to any person or persons.

"Ratings" (or "rankings") mean the recognition of the relative qualification of boxers in particular weight categories at a particular time.

"Rating Guidelines" means the "Guidelines on Ratings" (formerly "Norms and Procedures for Ratings").

"Regional federation" means a regional, continental, or international association recognized by the Association.

"Registered Promoter" means a promoter that has paid its yearly registration fee, completed a Promoter Registration Form, is in good standing, and is duly authorized by the Association to promote sanctioned bouts and participate in Purse Bids.

"Requests" include Requests for Ratings Information, Requests for Reconsideration, and Requests for Special Permits.

"Responsive bid" means a purse bid that fully complies with these Rules.

"Ruling" means a formal order or decision by a committee, committee chairman, the President, or any other Association officer with the necessary authority, applying these rules in a particular case, and includes orders or decisions on the following:

(1)     Sanctioning or not sanctioning a bout;

(2)     Recognizing or vacating a title;

(3)     Granting or denying a request for special permit;

(4)     Increasing, reducing, or otherwise modifying a mandatory defense period or its conditions;

(5)     Answering a formal request;

(6)     Granting or denying a protest concerning the conduct of a sanctioned bout;

(7)      Rendering a decision on any other request to apply or interpret these Rules; or

(8)      Rendering a decision on any matter otherwise directly affecting a boxer's ranking or status.

"Sanction" means the official recognition given to a bout involving the following:

(1)      A title (all championships);

(2)      Mandatory contender position;

(3)      Contender eliminator; or

(4)      Box-off.

"Special Permit" means permission granted in special circumstances to alter or suspend application of a rule or rules so as to better fulfill the purposes of this Association, or provide exceptional bouts for the boxing world, and involves balancing competing interests.

"Title" means a championship.

"Unavailable boxer" is a boxer who is unavailable to defend or compete in a sanctioned bout due to an injury, medical condition, legal impediment, or commitment to compete in a different contest.

"Unified Champion" means the World Champion who has the recognition of the Association and of one or more of certain other sanctioning organizations in the same weight category.

"World Champion" means a champion recognized by the Association.

7.      **Amendment**. These Rules may be amended by a majority vote of the Directorate at any time, or the membership at the convention.

8.      **Titles**. Chapter, section, and subsection titles do not constitute rules and should not be used in any interpretation of these rules.

9.      **Forms**. The President may approve forms to be used for the application of these rules and for membership, including, but not limited to, the registration of promoters, application for bout sanction, and special permits.

10.      **Gender.** Terms using the male gender are applicable also to females.

11.      **Time.** Under these Rules, time shall be computed by calendar days without regard to holidays.

12.      **Currency.** Any monetary references refer to US dollars.

13. **Members.** To be in good standing with the Association, a promoter, manager, or boxer involved in any sanctioned bout is required to have paid the Association all fees owed, whether it be sanction fees, registration fees, or annual dues as established by the Association.

## B.    RATINGS

1.    **Committee**. The President shall appoint no fewer than three (3) and no more than five (5) members to a Ratings Committee for terms established by the President. The President may also appoint non-voting members to advise and consult with the Committee. The President shall designate the Committee's Chairman (Presiding Member). To the extent practicable, regional representation may be reflected in membership. The names of the Committee members shall be posted on the Association's website.

2.    **Gathering Information**. The regional federations affiliated with the Association may send the Committee information concerning the fights held under their jurisdictions for boxers rated by the WBA, as well as other relevant records for boxers eligible for future ratings by the Committee. The Committee may also receive and consider information provided by any member, or anyone representing a boxer who wishes to be rated.

3.    **Conferring**. The Committee shall confer and otherwise exchange information regarding ratings at such time and in such manner as established by the President or Chairman.

4.    **Publication**. The Association shall publish a periodic list of rated boxers for each weight division consisting of at least ten (10) and no more than fifteen (15). The ratings should be announced and posted timely on the Association website in the month following the month to which the ratings apply. The weight divisions identified and published by the Ratings Committee are the official weight class designations for the Association.

5.    **Relevant Information**. The Committee may consult and consider the WBA Ratings Guidelines in including, removing, promoting, or demoting boxers. These guidelines are found as Appendix B to these Rules. The Committee may consider all relevant information, including, but not limited to, ring performance, regional titles, bout activity, disqualifications, win-loss records, difficulty of bouts, technical decisions, failure to make weight, and any other relevant information. The Committee may consider ranking regional title holders, taking into consideration their relevant records.

6.    **Demotion and Removal**. In addition to the above, the Committee may demote or remove a boxer from the ratings based on any relevant factor, including, but not limited to, ring performance, failure to maintain the required weight, loss to a non-rated boxer, loss of a regional title, inactivity, violation of these Rules (including failure to pay or allow to be paid sanction fees), failure to take or pass a required drug test, or any other relevant factor. A boxer also may be

demoted or removed due to extraordinary events or activity, including, but not limited to, proven or alleged criminal behavior, conduct that violates boxing regulations or rules, suspension by a responsible authority, or other public behavior or statements of a type that would affect the boxer's ability to be licensed to compete or that are detrimental to public perception of the sport of boxing.

7. **Changed Weight**. A rated boxer who changes weight categories is not assured any rating in his new weight category.

8. **Nature of Ratings**. Ratings represent the best opinion of the Association as to the relative qualification of the boxers in particular weight categories at a particular time and who are available and willing to fight for the Association's title. Their retention by a boxer is conditioned on compliance with these Rules. They do not constitute personal property, and are not transferable. Their issuance does not constitute a contract or an element of a contract. Any boxer affected by a change in rating may take such action as provided in chapter E, below.

9. **Bylaws Reference**. These rules constitute the "Norms and Procedures for Ratings" cited in the Bylaws.

## C.   CHAMPIONSHIPS.

1.   **Belts**. The Association shall adopt a World Championship Belt as a distinctive symbol for the Champion in each recognized weight category. These belts shall be awarded to the champion recognized by the Association.

2.   **Super Belts**. Similarly the Association will grant Super Belts to those champions that make 5 or 10 (if it was the case) successful defenses of his title. These Super Belts will be named after those champions that have been able to defend their title 5 or 10 times. See Appendix C for a listing of boxers who are qualified for a Super Belt.

3.   **Committee**. The President shall appoint no fewer than three (3) and no more than five (5) members to a Championships Committee, for terms established by the President. The President may also appoint non-voting members to advise and consult with the Committee. The President shall serve as an ex officio member of the Committee. The President shall designate the Committee's Chairman (Presiding Member). The names of the Committee members shall be posted on the Association's website.

4.   **Votes**. The Committee shall confer in such a manner and at such times as directed by the Chairman. A majority of the Committee (not counting the President) shall constitute a quorum to consider and to decide any issue. A majority vote is sufficient to take action, unless a two-thirds vote is required specifically elsewhere in these Rules.

5.   **Manner of Voting**. The Chairman is empowered to request the vote of the members of the Committee in person, or by mail, telephone, telex, cable, telegram, fax, e-mail or any other similar means or any combination thereof. Notice of a vote generally should be given to committee members and to any identified parties with a cognizable and direct interest in sufficient time for them to be apprised of the issues related to the votes.

6.   **Titles**. The Association shall establish and recognize world championships and matches related thereto in each weight category or division established in its regulations.

7.   **Application**. All Association members, rated boxers, champions, official contenders, Registered Promoters, Managers, or participants in a sanctioned bout, are bound by these Rules and are required to be familiar with them.

8.     **Title Matches**. An Association title can only be obtained as the result of a match duly authorized by the Championships Committee.  Unless otherwise approved under rules C.46 – C.49, only boxers rated by the Association are eligible to fight in sanctioned contests.

9.     **Single Title**. An Association Champion can have only one world title in one division at the same time.  If a World Champion wishes to fight for a title in another division, he must apply in writing to the Championships Committee for approval and must present a signed document undertaking that, in the event he wins the fight and obtains the other title, within five (5) days of the fight he will choose the title he wishes to retain and relinquish the other title.  Failure to comply with any of these provisions is sufficient cause for the Championships Committee to withdraw recognition from him of either title or both titles.

10.     **Non-Sanctioned Bout**. An Association Champion or officially recognized contender who participates in a fight without approval or sanction from the Championships Committee, may have his title or recognized status removed.

11.     **Title Defense Periods**. Unless otherwise directed by the Championship Committee, a boxer who obtains a title by defeating a champion must defend his title initially and subsequently against the Official Contender (if one is designated) or the leading available contender, as follows:

a.     Non-Heavyweight Division:  If the Official Contender, within nine (9) months from the date the title was obtained; if not the Official Contender, within one hundred twenty (120) days.

b.     Heavyweight Division: If the Official Contender, within twelve (12) months from the date the title was obtained; if not the Official Contender, within one hundred eighty (180) days.

12.     **Vacant Title Defense Periods**. A boxer who obtains a title in an eliminatory fight for a vacant title must make his initial title defense as follows:

a.     Non-Heavyweight Division:  Within one hundred and twenty (120) days from the date the title was obtained.

b.     Heavyweight Division: One hundred and eighty days (180) from the date the title was obtained.

13.     **Bout Limitations**. Before the date by which he must commit to a mandatory defense of his title against a Mandatory Contender or the next Leading Available Contender

designated by the Committee, a World Champion may defend his title against any opponent rated by the Association in his category. Within sixty (60) days of the expiration of the mandatory defense period, a World Champion may not fight a boxer who is not the Mandatory Contender, or the next highest ranked boxer (if there is no Mandatory Contender), nor may a designated contender fight during the same period for anything other than the championship. During the pendency of a required contract negotiation or purse bid period for a championship or eliminator fight, no champion, official contender, or boxer directly affected by the period can sign an agreement for, or participate in, a bout different than the one that is the subject of the negotiation or bid period.

14. **Rules Familiarity**. Each boxer, promoter, manager, and boxer's agent is under the obligation to know and be familiar with all Association rules, including, but not limited to, those regarding time periods concerning obligations to defend, compete for a title, and for Special Permits. If a champion fails to comply with any rule of the Association, the Chairman of the Committee may declare his title vacant. Likewise, failure by an official contender to comply with any of these rules can result in removal by the Chairman of recognition as official contender.

15. **Non-Title Bout Loss**. A loss in any bout, including a non-title or non-sanctioned bout, may result in loss of the boxer's title or contender status unless provided otherwise by the WBA Championship Committee.

16. **Modifying Defense Periods**. In its sole discretion, the Championships Committee may reduce, extend, or otherwise modify the periods for mandatory defenses in its sole discretion when it deems reasonable either in response to a request for a Special Permit, or on its own initiative.

17. **Unified Title**. The Association will recognize a World Champion as a Unified Champion when he is also recognized as world champion in a comparable weight class by one or more of the other sanctioning organizations. Likewise, it may also recognize a Unified mandatory contender.

18. **Super Champion Status**. In exceptional circumstances, the Championships Committee and the President may designate a Champion (other than an Interim Champion) as a Super Champion. The President and Committee may establish criteria for a Super Championship. In such a designation, the Committee President may determine conditions and requirements of defenses and retention of such a title, including, but not limited to, the following:

a.      Mandatory defense period;

b.      Sanction fees, including purse fees for both title and non-title bouts;

c.      In what manner and at what time an official contender for the Super Title shall be named; and

d.      Such other conditions as the Committee and President deems warranted.

An official contender for a World Championship Title shall not thereby be considered to be an official contender for a Super Championship. A Super Champion who loses a title or non-title bout shall have no right to be ranked thereafter in the weight division. If the Committee and President designate a Super Champion at the time the boxer is a World Champion, they may also suspend the provisions of Rule C.27 and other rules applicable to a World Championship inconsistent with the conditions and requirements under which they have designated a Super Champion. If a President and Committee designate a Super Champion, the vacant regular title need not be filled.

19.      **Unified Title Defense**. A holder of a unified title is subject to all rules requirements, including those regarding mandatory defense. In the intermediate period between the mandatory defenses, a Unified Champion will be able to defend his title against any opponent chosen from the official ratings list of the Association, or of the organizations recognized and with the approval of those organizations. If the defense is against someone other than the Association's Mandatory Contender, approval must be obtained through a Special Permit.

20.      **Other Organizations**. The Association will endeavor to work with other sanctioning organizations to minimize any incompatibility in requirements for unified titles. The WBA Championship Committee will not allow its World Champions to defend their Titles in conjunction with any other Title other then WBO, IBF and WBC World Titles, this includes any Alternative Titles said Organization may have.

21.      **Unified Bout Fees**. Fees for unification bouts are governed by the schedule at Appendix D, but may be reduced within the sole discretion of the President.

22.      **Champion in Recess and Interim Title**. When a World Champion is unable to defend his title within the prescribed time periods for justifiable medical, legal, or other reasons reasonably beyond his control, the inactive champion may be named a Champion in Recess and the Committee may select official contenders who will fight for an Interim Title under Rules C.22-24. The medical reasons must be documented to the satisfaction of the Medical Committee

Chairman, who also may require separate medical examinations. Legal reasons must be documented to the satisfaction of the Legal Director and Championships Committee. In general, the status of "Champion in Recess" may not be for a period longer than the applicable defense period.

23. **Return of Champion in Recess.** When a Champion in Recess returns after having overcome to the satisfaction of the Championships Chairman whatever obstacle that caused his inactivity, the Association may order a title bout between the Champion in Recess and the Interim Champion, if one exists, or against another boxer designated by the Committee. If the Champion in Recess is returning from a medical recess, the Chairman may consult with the Medical Committee Chairman and may require the boxer to provide documentation and undergo an examination before he is allowed to return. A Champion in Recess cannot defend his title as Champion in Recess, and may lose his status if he boxes anyone other than the Interim Champion.

24. **Sole Championship.** If the Champion in Recess or Interim Champion is unwilling to participate in a contest to determine a sole champion in the division, he will lose his portion of the title, with the willing champion becoming the recognized Champion of the division. If both the Champion in Recess and the Interim Champion refuse to participate in a required fight, both shall lose their titles.

25. **Rematches.** Rematch provisions in bout contracts are not binding on the Association.

26. **Contested Decisions.** A bout decision may be contested by a boxer if within ten (10) days of the decision the boxer submits payment of a $10,000.00 fee, and the following:

    a.    A concise statement by the boxer or his authorized agent setting forth the grounds on which the challenge has been brought, arguments and authority in support, and identification of other persons with a material interest likely to be affected by a decision on the challenge.

    b.    For the person filing the challenge, the following information:

- A postal address;
- An email address (if one exists);
- A facsimile address;
- A telephone number; and
- A signature of the boxer on whose behalf the challenge is filed.

c.     If the challenge is signed by someone other than a boxer, a certified statement of authorization by the boxer to file the challenge.

For good cause, the President may waive all or part of the fee. The fee must be paid by certified or cashier's check or wire transfer, and will not be set off against any amount claimed due by the party contesting the decisions. The Committee may request that the International Officials Committee, or a special officials committee, evaluate the fight and give their opinion and recommendations to the Committee. The Championship Committee, in its sole discretion, may order the boxers fight a rematch. Failure to timely pay the fee or contest the decision shall waive any and all right, claim, or argument of the boxer or his representatives to contest a decision.

27.     **Title Vacation and/or Removal of Recognition.** A boxer's title, status, or recognition may be lost, removed, or vacated for any of the following reasons:

a.     Loss in a bout (see Rule C.15);

b.     Violation of Association rules; or

c.     Suspension, charges, or criminal conduct alleged or found by a national, state, or provincial agency.

28.     **Filling Vacant Title**. In the event that a World Championship is declared vacant, unless the Committee elevates an Interim Champion to Champion at its discretion, generally the two (2) highest rated available boxers shall be designated by the Committee to fight for the title, and shall have no more than thirty (30) days to submit a bout agreement.

29.     **Mandatory Contender Selection**. A Mandatory Contender for each weight division may be selected by the Championship Committee or through an eliminatory bout. The selection may be subject to conditions. Generally, the highest rated boxer in the division, or regional champion rated in the top 5, shall qualify to be named the official contender by the Championships Committee, unless he is, or is likely to be, unavailable to fight for the title in the period required. The Committee may remove a boxer's recognition as Mandatory Contender for failure to comply with these Rules or failure to comply with any condition of the appointment as Mandatory Contender.

30.     **Elimination Bout**. The Championships Chairman may notify the two highest ranked available boxers, or the highest ranked available regional champions, or a combination thereof, of the obligation to meet in an elimination bout to become a mandatory contender, giving them dates by which the negotiations must commence and be concluded. The Committee may

designate the elimination bout to determine a Mandatory Contender simultaneously as a bout to determine an Interim Champion solely under this rule. A Mandatory Contender who also serves as an Interim Champion may not engage in a bout to unify the title with another or be recognized as a Unified Champion. All aspects of the Interim Championship under this section are governed by the rules applicable to a Mandatory Contender and not Rules C.22-24, except that the Committee has the discretion to appoint as Champion the Interim Champion under this rule in the case of a title vacancy. An Interim Champion under Rules C.22-24 or C.30 may be required to defend the title every six (6) months, or as otherwise determined by the Championship Committee.

31. **Box Off**. In the alternative, the Championships Chairman may order a Box Off between four (4) available ranked boxers to determine the mandatory challenger in a specific weight class. The Chairman may consider the highest ranked regional champions, and will give the selected contenders dates by which the negotiations must commence and be concluded. If a boxer is unwilling to participate in a Box Off, the Chairman may designate another challenger. No extensions of time will be allowed for participation in an elimination or box off bout.

32. **Negotiation Period: Elimination Bout or Box Off**. The Championships Chairman may grant boxers selected to participate in an Elimination Bout or a Box Off a negotiation period of no more than 30 (thirty) days to reach an agreement. If no agreement is reached within the time indicated, the Chairman shall call a Purse Bid.

33. **Removal for Failure to Participate**. If a boxer declines to participate in a Mandatory Defense, Elimination Bout, or Box Off, his title may be vacated, or he may be demoted, or removed from the rankings.

34. **Bout Fees**. The President shall establish, and may amend, fee schedules for membership, sanction and related fees. The fee schedules for sanctioned contests are attached as Appendix D to these Rules.

35. **Fee Payments**. The Registered Promoter who has requested or been granted sanction of a bout is responsible for payment of all sanction, promoter, and manager fees, and must submit documentation of payment to the Chairman, together with the formal application for the sanction of the fight and a copy of the contracts between the promoter and the boxers duly signed by them no later than thirty (30) days before the bout. No boxer or boxer's agent shall have any authority to direct a promoter to pay, nor may a promoter pay, any less than the full amount of the sanction fees owed. Fees shall be determined by the Association based on the total purse owed

the boxers. Fees based on the purse of both boxers must be paid. In addition, payment of annual dues or registration fees for promoters and managers may be assessed and collected as part of all required bout sanction fees. Failure to comply with any of these requirements may result in non-sanction of the contest and removal of recognition of any boxer participating in the bout. The Chairman or President may modify the requirements of this section in his sole discretion for good cause.

36. **Fees: Vacated Bouts**. If a fight does not occur after it has been sanctioned, neither the promoter nor the boxers shall be entitled to reimbursement of any of the amounts paid for the sanction of the fight, except for duly justified causes of force majeure, to be determined in the sole discretion of the Chairman.

37. **Fee Collection**. The Chairman and the Treasurer shall be responsible for collecting all promoter registration, manager fees, and sanction fees related to sanctioned contests.

38. **Officials**. The Association shall keep an updated list of officials qualified to act in a sanctioned bout. The President shall appoint bout officials.

39. **Insurance**. All officials appointed by the President shall be protected by a policy for accidental death for the appointed bout, and Supervisors shall be covered by a life insurance policy against accidents while carrying out duties at a sanctioned fight.

40. **Compensation of Officials**. Officials shall be compensated as set out in Appendix D, which may be amended at the discretion of the President. No official shall receive any other compensation for services in a sanctioned bout. Officials must receive their compensation no later than the date of the bout.

41. **Supervisor**. The President shall attend, or shall appoint a member of the Directory to represent him, as the Supervisor for sanctioned bouts. The Supervisor shall assist the local commission to carry out the fight and to ensure that all Association rules are followed. The Supervisor shall be granted access to the weigh-in to confirm and verify the weights, and participate in the rules reading meeting. The Supervisor shall be provided a ring apron seat for the bout and a ringside seat for the event. The Supervisor shall be announced before the bout and granted access to the ring prior to the bout for announcements and after the bout to present the belt. In exceptional circumstances, when a directorate member cannot serve as a Supervisor, the President may appoint a member who is not on the directorate. The Supervisor must report on the fight for which he was appointed within ten (10) days from the bout.

42. **Supervisor Authority**. During a sanctioned contest or its related preliminary matters, a Supervisor is empowered to resolve unforeseen issues that require an immediate decision.

43. **Travel**. The promoter shall provide or reimburse Business class airfare as well as meals and hotel accommodation in a first class hotel for the Supervisor. Unless otherwise agreed to, the Supervisor and officials must be at the city or metropolitan area where the bout will take place three (3) days prior to the fight.

44. **Drugs**. The President may suspend any boxer or Association member involved in illicit drug use or distribution.

45. **Drug Testing**. The President may determine conditions for drug tests, or appoint a committee to do the same. The Association may order periodic drug tests for any boxer who has tested positively for prohibited substances. No boxer who has tested positive for prohibited substances can be rated, retain a title, or be permitted to fight in a sanctioned bout for a period of no less than six (6) months from the date of the positive test. Only the official testing authorized or directed by the Association or local commission shall be considered. No independent or after-the-fact testing will be considered.

46. **Special Permits**. Strict application of these rules may be suspended or modified when the Association deems them justified in its sole discretion to accommodate special circumstances, to unify championships or to establish a Super Championship. In such cases, the Association will consider a request for Special Permit (or Exception) for any reasons including, but not limited to, the following:

    a.     To engage in an optional title defense otherwise barred by a mandatory defense requirement, or to fight someone not the mandatory or leading available contender;

    b.     To fight for a title in a different weight division for the Association or for another sanctioning body;

    c.     To engage in a non-title bout;

    d.     To unify an Association title with that of another organization;

    e.     To engage in a bout of recognized importance and significance for the boxing world;

    f.     To establish a Super Championship; or

    g.     To extend or otherwise modify a mandatory defense period.

47. **Considering Special Permits**. Special permits may be granted, denied, or granted conditionally for good cause. They shall be approved by a two-third vote of the Championship Committee and the consent of the President. The Committee and the President in their sole discretion shall consider the best interests of boxing, the purposes and policies of the Association, and such other factors that may be relevant, and shall make their best effort to balance competing interests. The Association is not obliged to grant a request for Special Permit. When approving a request, the Association may require such conditions as it deems necessary to protect the interests of the Association and affected boxers.

Requests to engage in a title unification bout shall be given special consideration, and the committee and President may give greater weight to the reasons and arguments for such requests, in recognition of the interest of the boxing community to effectuate title unifications. In addition, in the establishment of a Super Championship, the provisions of Rule C.18, and other relevant Rules, shall apply.

48. **Special Permit Fee**. A request for special permit must be accompanied by payment to the Association of a non-refundable fee set out in the Appendix D schedule attached hereto, unless the fee is previously waived in whole or in part by the President in his sole discretion for good cause shown. Unless being previously granted a waiver of said fee, a Special Permit Application submitted without the applicable fee will not be considered.

49. **Special Permit Consideration**. Special permit requests shall be made in the form prescribed by the President, and a copy shall be provided by the applicant to other boxers known to be materially affected by the request. The Association shall use reasonable efforts to provide such other boxers adequate time and opportunity to comment on the request before a final determination is made. Generally, only a champion may request a special permit. A boxer who is not a champion may request a special permit, but only if allowed to do so by the President. As a condition of granting a Special Permit, the Permit applicant shall agree in writing to defend, indemnify, hold harmless, and otherwise reimburse the Association for any damages, fees and costs relating to a grant of the request, including, but not limited to, legal fees and other fees and costs. Permission to engage in a bout for a Super Championship or to unify a title may be considered without the necessity of filing a request for special permit.

50. **Rated Boxer**. A rated boxer has no right to fight any specific boxer.

# D.   PURSE BIDS

1.  **Call for Purse Bid**. Bout participants shall reach an agreement on holding the bout no later than ninety (90) days before the expiration of the mandatory period. To confirm an agreement has been reached, the WBA must receive acceptable bout contracts signed by the boxers certifying they have reached terms for the bout. If no agreement has been reached, the Championships Committee, with the approval of the President, can call for Purse bid. A boxer may also request a purse bid at any time.

2.  **Notification of Purse Bid**. The Chairman of the Championships Committee shall notify each Registered Promoter of the call for Purse Bid. Notification of the call for Purse Bid shall include names of the relevant boxers, weight class, the date for bids to be accepted, and the time and place of bid opening. The date set for the Purse Bid opening will be at least 10 days from the date notification is given, unless a shorter time is necessary due to extraordinary circumstances. Once notification of the call for Purse Bid is issued, the Purse Bid will not be cancelled except for extraordinary reasons.

3.  **Purse Bid Participation**. Only Registered Promoters in good standing with the Association on the date on which notification of the call for Purse Bid is given may participate. The President may grant an exception to this Rule. Additionally, each Registered Promoter shall pay a non-refundable fee to the Association according to point 6 in **Appendix D**

4.  **Form of Bids**. Bids shall be directed to the President or the person whom he appoints to conduct the bid opening on the day and at the time and place indicated in the call for Purse Bid. To ensure the integrity of the bidding process, a Registered Promoter or a representative must personally submit a written bid in a sealed envelope. No bid will be opened until all bids to be considered have been submitted. All bids will be kept confidential until the Director of the Purse Bid properly opens them. A bid opening may be cancelled by the Chairman in special circumstances, and according to conditions set by him.

5.  **Bid Forms**. In order to standardize the bidding procedure, the Championships Committee shall prepare forms containing bid requirements. These forms will be made available to promoters, and must be properly completed and submitted to the director of the Purse Bid on the day of the bidding.

6.  **Bid Content**. The forms shall contain the following information:

a. Amount of the Bid. The purse amount shall be the total amount of each boxer's purse.

b. Date of the Fight. The date on which the fight will be held shall be no more than ninety (90) days nor less than forty-five (45) days from the date of the Purse Bid.

c. Site of the Fight. No more than three (3) places (cities or metropolitan areas) where the fight may be held.

d. Tickets. Assurances that the winning promoter shall furnish a minimum of five (5) airline tickets in economy class to the champion from his residence or training camp to the place of the bout, and the challenger with four (4) tickets in economy class. In case the fight is for a vacant title, both boxers shall receive four (4) tickets.

7. **Warranty Deposit.** The bid must be accompanied by cash, certified check, or cashier check payable to the World Boxing Association, in legal currency of the United States of America (US Dollars) for the amount equivalent to at least ten percent (10%) of the total Purse Bid. This amount shall be submitted in a sealed envelope. Refunds can be made only to the person who submitted the bid.

8. **Minimum Amounts**. The required minimum bid amounts are found on the attached Appendix E. Minimum bid amounts may be reduced by the President when justified by special circumstances.

9. **Disbursements of Bids Proceeds**. **Disbursements of Bids Proceeds**. The boxers' Purse shall be distributed as follows:

a. 75% to the Champion and 25% to the Challenger.

b. 75% to the Super Champion and 25% to the Challenger, even if it is the Champion.

c. 50% to each contender in the case of vacant titles or elimination bouts.

d. 55% to the Champion in Recess and 45% to the Interim Champion, in the event of such a bout.

10. **Winning Bidder**. The Registered Promoter submitting the highest qualified bid shall be awarded the bout. The Promoter's deposit will be returned to the Promoter after the bout takes place and all bout obligations have been met, less any applicable fees, costs or expenses.

11. **Purse Offer Contracts**. The Promoter winning the Purse Bid shall have all bout contracts properly signed and delivered to the Championships Committee Chairman no later than

twenty (20) days from the date on which the winning bid is awarded. The contract shall include all elements required by these Rules, including the date and place for the bout. If the parties cannot agree on remaining terms of a bout contract, those terms may be prescribed by the President.

12. **Timing of the Bout**. The bout shall be scheduled to take place not less than forty-five (45) days and not more than ninety (90) days from the date of the bid award, unless a different date is agreed to by the boxers and approved by the Championships Committee, or is otherwise approved by the Championships Committee to meet exceptional or unforeseen circumstances.

13. **Non-Transfer**. The winning promoter may not transfer his obligations or rights to a third party or parties without the approval of the President.

14. **Failure to Promote a Bout**. If a winning promoter fails to meet any of the requirements to promote the bout in accordance with these rules, the right to promote the bout will be revoked and may be granted to the promoter who made the second highest qualified bid. In the event the promoter originally winning the bid does not promote the bout according to the terms of the winning bid, the promoter's deposit is forfeited. The Association shall retain ten percent (10%) of the deposit, and the remaining ninety percent (90%) shall be distributed as follows:

   a. Seventy-five percent (75%) to the Champion and twenty five percent (25%) to the Challenger;

   b. Fifty percent (50%) for each boxer in the case of a vacant title; and

   c. Fifty-five percent (55%) to the Champion in Recess and forty-five percent (45%) to the Interim Champion.

15. **Failure to Sign**.

   a. If the champion does not sign a bout contract within the required twenty (20) day period after the bid award, or refuses otherwise to participate in the bout for the winning promoter, he shall be considered in violation of these Rules, and may have his title vacated.

   b. If a boxer does not sign a bout contract within the required twenty (20) day period after the purse offer, or refuses otherwise to participate in the bout for the winning promoter, the boxer will be considered in violation of these Rules, and may forfeit his status.

16. **Failed Bid**. If no qualified bid is received in response to the first purse bid request, or if the winning promoter or a boxer identified in the purse bid award fails to comply with these Rules,

the Committee may request a second purse bid. In the case of a title defense, if no qualified bid is received in response to a second purse bid, the Chairman may vacate the title and the position of mandatory contender.

17. **Multiple Failed Bids**. In the case of a vacant title, if there are two failed purse bids, the affected boxers may lose the privilege that their position in the rankings gave them to compete for the title. The Chairman may summon immediately a third Purse Bid for the two boxers who were to participate in the deserted Purse Bids and also two other rated boxers, named by the Committee. Bids may be made for a title fight between any two of the four boxers, and the boxers named in the highest responsive bid shall fight for the title.

# E.   CONTEST RULES

1.    **Application**. The Contest Rules apply to all bouts sanctioned by the Association. A boxer may be disqualified for failure to adhere to any Contest Rule. The Rules may be modified in certain respects for women bouts.

2.    **Bout Duration**. All sanctioned bouts shall be scheduled for twelve (12) rounds. Each round shall be scheduled for three (3) minutes duration with a one (1) minute rest between rounds.

3.    **Scoring**. The judges shall score and decide the result of a bout using the "Ten Point Score System". The winner of a complete round shall be entitled to ten (10) points and the opponent to a proportional smaller number. Rounds may be scored even if a Judge cannot determine a winner of the round. All rounds must be scored, even when incomplete. A score should not be less than ten (10)-seven (7), unless a different scoring system is mandated by law or is applicable to a unified title bout, or the referee has taken away points. Scores will be announced only at the end of a bout.

4.    **Deducted Points**. When one or both contenders have points deducted, the judges will register the deduction on their scorecards. If a fight must be stopped in a round where points were deducted and it is necessary to go to the scorecards, the points deducted by the referee in that round shall be considered.

5.    **Weighing**. The official weigh-in and rules review for a sanctioned bout shall be carried out between 16 and 36 hours before the bout. The Supervisor may require the boxers or their agents at the time of the rules review to certify in writing that they have agreed to the terms of the bout and the WBA Rules and Regulations.

6.    **Scale**. The scale to be used at the official weighing shall be available to both boxers at least two (2) hours before the official weighing time.

7.    **Delayed Bout**. If a sanctioned bout is delayed more than 48 hours, additional weighing is required.

8.    **Making Weight**. If a boxer fails to make the required weight limit at the official weighing, he shall have two (2) additional hours to make the prescribed weight. He shall make his best effort to reduce his weight accordingly.

9.     **Failure to Make Weight**.

        a.     The Association may penalize any boxer who fails to make weight by imposing a monetary fine, and demoting or suspending the boxer.

        b.     If a champion makes weight and a challenger fails, the champion shall retain the title if he wins, however, if the champion makes the weight and loses the bout, the title will be vacated.

        c.     Should both boxers fail to make weight after the two (2) additional hours given, the title shall be declared vacant, and the bout may be staged as a non-title match. Both boxers shall be subject to removal or demotion in the weight division.

        d.     Should a champion fail to make weight after the additional two (2) hours period, he shall lose his title. If the challenger makes weight, and the challenger wins the bout, he shall be crowned the new champion. If the champion who did not make the weight is the winner of the fight, the title shall be declared vacant.

        e.     Absent contractual provisions to the contrary, if the bout takes place, a boxer who does not make weight after the two-hour extension shall forfeit 35% of his purse, with 25% going to the promoter and 10% to his opponent. In addition, the boxer shall pay the Association the bout sanction fee. A boxer who refuses to attempt to make weight during the two-hour extension shall forfeit 45% of his purse, with 30% going to the promoter and 15% to his opponent.

        f.     To the extent applicable, the same rules apply to an eliminator or other sanctioned bout.

10.     **Downed Boxer**. A boxer shall be considered "down" when, as a result of a legal blow, any part of his body, except his feet, makes contact with the floor of the ring, or when he hangs helplessly over the ropes.

11.     **Knockdown**. When a boxer is knocked down, the referee shall order the opponent to retire to the farthest neutral corner of the ring in relation to the down boxer, pointing at such corner, and he shall immediately count the seconds in a loud voice, with a movement of his arm, taking the count from the timekeeper. If the boxer refuses to go to the farthest corner determined by the referee, or does not stay there, the referee shall stop the count to the down boxer until his opponent retires to the indicated corner, and then the referee shall continue with the count starting from the point from which it was interrupted. If the downed boxer does not rise before the count

of ten (10), he will be declared the loser by KO (Knockout), and the referee shall make it known by waving both arms. A boxer who rises and can continue the bout shall receive a minimum count of eight (8) seconds.

12. **Automatic Knockout**. Three (3) knockdowns in the same round constitute an automatic knockout.

13. **Outside of the Ring**. A boxer knocked through the ropes onto the ring apron will be given ten (10) seconds to regain his feet and get back into the ring. If under the same conditions a boxer falls through the ropes onto the floor, clear of the ring, he will be given twenty (20) seconds to get back into the ring and regain his feet, unassisted by any of his cornermen. In either situation, the referee may rule a knockdown. If the boxer is assisted by a cornerman, he shall be disqualified. If the boxer is assisted by anyone other than a cornerman, the referee shall determine what action shall be taken.

14. **Knockdown at End of Round**. The referee shall count the seconds to a downed boxer even after the bell. If the downed boxer fails to rise before the count of ten (10), he shall be declared loser by KO in the round that has just finished.

15. **No Saved by the Bell**. A boxer legally knocked down cannot be saved by the bell in any round.

16. **End of Round Blow**. A blow given at the same time as the bell rings will be considered a legal blow.

17. **Fouls**. The referee shall prevent accidental and intentional fouls, including headbutts. The referee is the only person authorized to stop the fight and to decide whether an injury was caused by a foul. Intentional fouls may result in a loss of points or disqualification, subject to the referee's discretion.

18. **Late and Low Blows**. In case of an accidental low blow or other accidental blow after the bell, the referee shall determine if the boxer who received the blow may continue the fight. Because the protector used by a boxer is considered sufficient protection, a bout cannot be terminated by a low blow. If the capacity of the boxer has not been endangered as a result of the blow, then the referee shall order the fight to resume, after an interval which is subject to the referee's discretion but which shall not exceed five minutes. A boxer unable or unwilling to resume the fight after the referee orders him to resume fighting shall lose the fight by Technical Knockout (TKO).

19. **Serious Injuries**. When an injury produced by a fair blow is so serious that the bout cannot continue, the injured boxer shall lose the fight by TKO.

20. **Terminated Bouts**.

a. **Intentional**: If a boxer is injured as a result of an illegal intentional blow and cannot continue fighting, the offender boxer shall lose the fight by disqualification. If as a result of an intentional illegal blow a boxer causes an injury to his rival, the referee shall take a mandatory and automatic two (2) point deduction from the offender. If as a result of that injury the referee determines that the injured boxer cannot continue fighting in later rounds, the result of the bout shall be determined by the judges' scorecards as long as four rounds have been completed. If the injured fighter is ahead on the scorecards, he will be declared the winner by technical decision. If the injured fighter is behind or drawing on the scorecards, the fight shall be declared a technical draw. If the situation described in the above paragraph occurs before the completion of the fourth round, the fight shall be declared a no decision or a draw. If a boxer injures himself by attempting to commit an intentional foul to his rival, the referee shall not take any action in the offender's favor and the injury shall be considered as a result of a legal punch.

b. **Accidental**: If a boxer is accidentally injured and cannot continue fighting before the completion of the fourth round, the fight shall be declared a technical draw. If a boxer is accidentally injured and as a result the referee determines that he cannot continue fighting in that or later rounds, the result of the fight shall be determined by the judges' scorecards as long as four rounds have been completed. The fighter ahead on the scorecards shall be declared the winner by technical decision. If there is a draw in the scorecards, the bout shall be declared a draw.

21. **Referee's Authority**. The referee shall exercise immediate authority, direction, and control over the fight to which he has been designated, and it shall be his responsibility to enforce the rules and regulations governing the bout. The referee shall be the only authorized person to determine if a foul has produced an injury, and if it was accidental or intentional. The referee shall have the authority to stop a fight and make a decision if he considers that the bout has become dangerously one-sided, or if any of the boxers is in such condition that if the fight continues he is likely to suffer serious injury. He may disqualify a boxer or cornerman. He may consult the physician in attendance on whether the contest should be stopped.

22.   **Ringside Physician**. The ringside physician may only step up to the ring between rounds or when requested by the referee. He will give his opinion discreetly to the referee and avoid any gestures or signals that could be erroneously interpreted by the public.

23.   **Medical**. The local commission or governing authority will determine the number of doctors and medical equipment required for the bout, and the necessity and rules for medical and drug testing. The Medical Guidelines are advisory only.

24.   **Drugs**. Use of unauthorized drugs or stimulants by a boxer is prohibited. The Association encourages drug testing of the boxers in any sanctioned contest. If the local commission does not require such testing, the promoter shall be responsible for doing so according to procedures recognized by the WBA. The list of prohibited substances is as published by the International Olympic Committee (IOC) or other agency as authorized by the WBA. The Supervisor's report shall address whether the local commission required drug testing and the circumstances of any drug testing. The Supervisor may observe drug tests, but the Association itself will not conduct such tests.

25.   **Allowed Substances**. An authorized homeostatic may be allowed to control bleeding of minor cuts or lacerations. Homeostatic solutions based on iron, such as Monsel solution, and other caustic solutions are prohibited. The ringside physician is authorized to examine for such substances during the fight. During the fight, boxers may only ingest water. The discretionary use of petroleum jelly around the eyes shall be allowed.

26.   **Gloves**. The weight of the gloves to be used in world championship bouts shall be as follows:

a.   From Super Welterweight up to and including Heavyweight: ten (10) ounces.

b.   From Minimum up to and including Welterweight: eight (8) ounce gloves.

If the bout contract does not identify the brand of gloves to be used, the brand shall be determined by the Local Commission.

27.   **Taping and Bandaging**. The following standards shall apply to taping and bandaging of hands, although the local commission and referee may allow variations.

a.   The binding of the surgeon's tape must not be applied less than one (1) inch from the knuckles of the contender's hands. A boxer may use his bandage as he likes, provided that the knuckles of his hand are not covered by the surgeon's tape.

b.    Bandage requirements are as follows:    .

(1)    In all categories up to and including Middleweight:  the bandage shall be of no more than ten (10) yards of soft gauze, no more than two (2) inches wide, and no more than six (6) feet of surgeon's tape of one inch for each hand.

(2)    In all categories between Super Middleweight and Heavyweight: the bandage of the hand shall be of (12) yards of soft gauze of no more than two (2) inches wide, and no more than one inch wide of (8) feet of surgeon's tape, one inch wide, for each hand.

(3)    In all divisions up to and including Super Middleweight, the hand bandage can be increased to a maximum of twelve (12) yards and no more than two (2) inches wide, and eight (8) feet of surgeon's tape of one (1) inch for each hand.

(4)    In all divisions from the Light Heavyweight to Heavyweight, the hand bandaging can be increased to a maximum of fourteen (14) yards and no more than two (2) inches wide, and ten (10) feet of surgeon's tape of one (1) inch for each hand.

28.    **Ring**. The rings to be used in any World Championship bouts shall measure no less than eighteen (18) feet (5.486 m) and no more than twenty-four (24) feet (7.315 m) long for each side between the ropes. The ring floor shall extend no further than the ring by eighteen (18) inches (45.72 cm).  The ring padding shall consist of one (1) inch layer of "Ensolite Boxing Ring Pad" or similar material applied over one-inch base of Celotex Building Board or similar material. The padding shall be covered with canvas, drill or similar material tightly tied under the platform.

All boxing rings must be equipped with four parallel ring ropes each no less than one (1) inch thick in diameter. Such ropes shall be manila, synthetic, or plastic rope or any similar material and shall not be made of metal of any type. The first rope shall be eighteen (18) inches above the ring floor, the second rope shall be thirty (30) inches above the ring floor, the third rope shall be forty two (42) inches above the ring floor, and the fourth rope shall be fifty four (54) inches above the ring floor.

These general standards may be adjusted for a bout with the approval of the local commission and referee.

29.    **Mouthpiece**. All boxers are required to wear a mouthpiece during competition.  A second mouthpiece must be available from a boxer's second.  If a mouthpiece is dislodged during competition, the referee will call time and replace the mouthpiece at the first opportune moment,

without interfering with the immediate action. Points may be deducted by the referee, if he feels the mouthpiece is being purposely spit out.

30.     **Protector.** A protector (belt and cup) shall be required for boxers participating in sanctioned fights. The protector shall not exceed the navel or the superior anterior iliac spine. The trunks shall go one (1) inch over the protector. Boxers shall have the trunks and protector available at the weighing ceremony so that the supervisor or referee may approve or disapprove them. Before beginning the fight, the referee will verify that both contenders use their protectors below the navel.

31.     **Seconds.** Each boxer shall be allowed no more than four (4) seconds (cornermen), one of whom shall be designated as responsible for behavior of all seconds/cornermen during the bout. Only one second/cornerman is allowed in the ring between rounds.

32.     **Highlights Document.** The President may issue a document entitled "Highlights of Contest Rules" (or Contest Rules Summary), for use by officials and boxers, summarizing the rules applicable to a sanctioned contest.

33.     **Officials.** If appointed by the President, the following shall represent the Association at sanctioned contests: a Supervisor, a Referee, and three judges. In emergency cases when one or more of the three appointed judges is unable to carry out his duties, the Supervisor may appoint another Association member, including the referee, to serve as judge.

## F.  REQUESTS FOR RATINGS INFORMATION, RECONSIDERATION OR APPEALS

1.  **Ratings Reconsideration**. A person directly affected by a decision of the Ratings Committee may file a formal Request for Ratings Information or Request for Reconsideration, or both.

2.  **Championships Reconsideration**. A person directly affected by a decision of the Championships Committee may file a formal Request for Reconsideration.

3.  **Informal Requests**. A person may also make informal requests for information from the Association, and such are not covered by these rules.

4.  **Request for Ratings Explanation (Ali Act Request)**. The following procedures apply to a boxer's request for the rationale (or explanation) his rating, when filed under the terms of United States statute (15 U.S.C. §6301 et seq.). In order for such a request to be considered to have been filed under the terms of that statute, the request must be made within ten (10) days after the latest rankings are published, in the form and according to the procedures set out here.  Failure to timely request an Explanation shall constitute a waiver by the boxer and his agents of any and all claims.  No additional remedy may be sought from a court of law.

a.  The request must be in writing and include all of the following:

(1)  A statement by the boxer or an authorized agent of the boxer setting out the request for explanation of the Association's rating of the boxer.  The statement must be signed by the boxer.

(2)  For the person making the request, the following information:

- A postal address;
- An e-mail address (if there is one);
- A facsimile address;
- A telephone number; and
- A signature of the person making the request.

b.  The request must be sent to the Chairman of the Ratings Committee and to designated legal counsel in the United States (the Association Legal Director) by registered mail. The addresses of the Chairman of the Ratings Committee and the designated legal counsel may be found on the Association's website.

WBA RULES as Adopted at Directorate Meeting in Sofia, Bulgaria 6/11/15

c. Within seven (7) days after receipt of a request that conforms to the requirements set out above, the Association will respond in writing explaining the rationale or basis for its rating of the boxer in question.

d. After receiving the answer of the Association in response to the request, the boxer making the request, or his agent, may then file a request for reconsideration of the rating. The request for information by itself shall not be deemed to constitute either a request for reconsideration, or an appeal, of the rating.

5. **Request for Reconsideration**. The following procedures apply to a request for reconsideration from a boxer regarding a rating, a decision by the Ratings or Championships Committee, a decision regarding membership, or any other WBA decision.

a. The request must be in writing and include the following:

(1) A statement in conformance with subsection F.5(e) below.

(2) For the person making the request, the following information:

- A postal address;
- An e-mail address;
- A facsimile number;
- A telephone number; and
- A signature of the person making the request.

(3) A fee of $10,000.00 US in the form of a cashier's or certified check or wire transfer must be submitted to cover the reasonable costs of the Association in conducting procedures relating to the request for reconsideration. The fee will not be "set off" or "debited" against any amounts the party requesting reconsideration claims it is owed by the Association.

b. The request and the fee must be sent to the Association by registered mail within ten (10) days of the date of the decision for which the request is made. If the request is for ratings reconsideration, said request must be filed within ten (10) days after the latest ratings are published. Failure to timely request reconsideration shall constitute a waiver by the boxer and his agents of any and all rights or claims. No additional remedy may be sought from a court of law.

c. The request must be sent to the Chairman of the Ratings Committee, and to designated legal counsel in the United States (the Association Legal Director), if the request concerns a rating decision. The request must be sent to the Chairman of the Championships

Committee, and to designated legal counsel in the United States (the Association Legal Director), if the request concerns a decision of the Championships Committee. The addresses of the Chairman of the Ratings Committee, the Chairman of the Championship Committee, and the designated legal counsel shall be provided on the Association's website.

        d.      The Association will respond within fifteen (15) days after receipt of a request that conforms to the requirements set out above, or explain why a longer time to respond is warranted.

        e.      A request must include a concise statement of the subject of the request, the grounds on which the request has been brought, arguments in support of the request, and identification of other persons with a material interest likely to be affected by a decision granting or denying the request.

        f.      The Chairman of the respective committee may require further information from the requestor, as well as from anyone whom the Chairman has reason to believe may have relevant information or comments related to the subject of the request. In the case of a request regarding a rating, the filing of a request places the affected boxer's rating under review. The Chairman shall consult with his Committee and have the Committee vote on the request. He shall issue a decision on the request, setting out whatever findings, conclusions, or application of the Rules or other legal authority the Committee deems to be applicable to consideration of the request.

        g.      After receiving the answer of the Association in response to the request, the boxer making the request or on whose behalf the request was made may then file an appeal of the decision. The request by itself shall not be deemed to constitute an appeal. An appeal must comply with those sections dealing with appeals, and may not be considered unless all applicable administrative procedures have been met and all administrative reviews have been exhausted.

        6.      **Appeals**. A person may appeal any of the following actions by a Committee, the Directorate, or the President:

        a.      A decision of the Ratings Committee regarding a Request for Reconsideration;

        b.      A decision by the Championships Committee regarding a Request for Reconsideration; or

        c.      Any other decision not subject to a Request for Reconsideration.

7.     **Appeals Panel**. The President shall appoint an appeal panel to hear any appeal filed in accordance with the Rules.  The panel shall consist of three or five disinterested members of the WBA, including a chairman, knowledgeable with the Association's rules.  Non-members may be appointed at the discretion of the President.  An appeal panel shall constitute the appeals committee authorized in the Bylaws.

8.     **Time and Place of Appeal**. The Chairman of an appeal panel will set a time and place for considering an appeal.  He will attempt to provide seven days notice to the appellant, and to any identifiable party with a cognizable and direct interest of which he is aware, of the date on which written materials are to be submitted to the panel and of the hearing, if one is held.

9.     **Hearing**. A hearing is allowed, but not required, for an appeal.  If a hearing is held, the Chairman may set the methods and terms by which panel members and affected parties who have notified the Chairman of their interest may participate.

10.     **Content of an Appeal**. An appeal must include the following:

a.     A concise statement by the boxer or his authorized agent, including a statement of the grounds on which the appeal has been brought, arguments and authority in support, and identification of other persons with a material interest likely to be affected by a decision on the appeal.

b.     For the person filing the appeal, the following information:

- A postal address;
- An email address (if one exists);
- A facsimile address;
- A telephone number; and
- A signature of the boxer on whose behalf the appeal is filed.

c.     If the appeal is signed by someone other than a boxer, a certified statement of authorization by the boxer to file the appeal.

d.     A $10,000.00 US fee, which is intended to cover the reasonable costs of the Association in conducting procedures related to the appeal.  This fee must be paid in the form of a certified or cashier's check or wire transfer and will not be set off against any amounts the appellant claims it is owed by the Association.

11.     **Filing an Appeal**. An appeal must be filed at the office of the Association, and a copy sent to the office of the Association's Legal Director, within ten (10) days notice of issuance

of the decision sought to be appealed. The appellant shall submit copies of all appeal documents to any identifiable party with a material interest in the outcome of the appeal. It must be accompanied by a $10,000.00 fee, which is intended to cover the .

The President may waive payment of all or part of the required fee for good cause. Failure to file a Request for Reconsideration or Appeal within the time periods set out in these rules shall constitute a waiver by the boxer and his agents of any and all rights and claims. No additional or alternate remedy may be sought from a court of law.

12.    **Documents**. The Panel Chairman will distribute all materials submitted on behalf of, and in response to, the appeal to all panel members, and shall use reasonable efforts to assure that the appellant and all persons who make an appearance obtain, and have an opportunity to respond to, submitted materials.

13.    **Standard and Decision on Appeal**. The appeal panel shall review the appealed decision <u>de novo</u>. An appeals panel shall submit a preliminary decision to the President. The preliminary decision shall describe the appeal, identify those parties who participated, and provide a statement of the findings and conclusions of the panel. It shall also provide the President a record of the appeal, which may include a summary. In rendering a preliminary decision, the panel shall apply the Association Rules and any applicable law. Based on the record presented to him for his review, the President may adopt in whole or in part the preliminary decision, and may modify it before approving it. He may also remand it to the appeals panel for further consideration. A preliminary decision once approved by the President becomes a final decision, and shall be sent to the appellant and any party of record.

14.    **Non-Binding**. Preliminary and final decisions may be considered, but are not binding precedent, in any subsequent decision or appeal.

15.    **Report**. The President, or a Director designated by him, shall report at the general assembly on each appeal for which a decision was rendered in the previous year.

16.    **Additional Costs**. In those instances when an appeal has resulted, or may result, in unusual or extraordinary expenses to be considered properly, the Chairman of the appeals panel may require the payment by the appellant of additional reasonable costs.

17.    **Finality**. No member, boxer, promoter, manager, agent, or other person or entity, may seek relief in any court of a matter subject to reconsideration or appeal unless said party has first exhausted the administrative remedies provided in these Rules.

18.  **Litigation**. Any member, boxer, promoter, manager, or other person or entity who requests, benefits from, or is affected by a rating or sanction, or who asserts a claim or right against the Association, or requests relief arising from the Association's Constitution, Bylaws, or these Rules (hereinafter "Parties"), hereby agrees and consents to the following:

a.  Applicable Law: The laws of the State of Washington, United States of America, govern.

b.  Venue. Venue shall lie in the courts of Pierce County, State of Washington, United States of America.

c.  Duty to Protect, Defend, Hold Harmless and Indemnify. If the Association becomes a party to any legal proceeding as a result of any Party's action or omission, the Party shall defend, indemnify, and hold harmless the Association, its employees, officers, directors, and agents, for all claims, damages, costs and expenses incurred therein by the Association.

d.  Limitation of Liability and Disclaimer. In no event shall the Association be liable to any Party for punitive, consequential, direct, or indirect damages, including, but not limited to, lost profits, loss of earning capacity, delay, interest or attorney fees, directly or indirectly resulting from any act or omission of the Association, its employees, officers, directors, or agents.

e.  Exclusive Remedy. The sole and exclusive monetary remedy for any Party for alleged acts or omissions of the Association shall be limited to a return of reasonable fees, expenses, or costs the Party has paid to the Association giving rise to the Party's claim.

## G.    FEMALE BOXING

1.    **Application.** These Rules (Chapter G) govern female boxing and are supplemental to the general rules and regulations (Chapters A-F).  Unless a rule or rules in this Chapter is directly applicable, the general rules and regulations found in Chapters A-F shall apply.

2.    **Ratings.**   A group of qualified boxers, as determined by the Championship Committee, shall constitute the rankings for each division.  Ranked boxers shall be listed in alphabetical order.  No one boxer in the group has a ranking preference over another.

3.    **Defense Period**.  The Champion shall defend the title against a ranked boxer in the division every nine months.

4.    **Vacant Title**.  Two qualified boxers may apply to fight for a vacant title. Applications will be considered on a first-come first-served basis.

5.    **Bout Length.**  World Title bouts shall be scheduled for no more than eleven (11), and no fewer than nine (9), rounds of two (2) minutes duration each.

6.    **Weight/Divisions.**   Female boxers shall be rated according to the following divisions:

| | |
|---|---|
| Heavyweight | any weight over 175 lbs. (79.5 kg) |
| Light Heavyweight | up to 175 lbs. (79.5 kg) |
| Super Middleweight | up to 168 lbs. (76.3 kg) |
| Middleweight | up to 160 lbs. (72.5 kg) |
| Super Welterweight | up to 154 lbs. (70.0 kg) |
| Welterweight | up to 147 lbs. (66.8 kg) |
| Super Lightweight | up to 140 lbs. (63.6 kg) |
| Lightweight | up to 135 lbs. (61.4 kg) |
| Super Featherweight | up to 130 lbs. (59.0 kg) |
| Featherweight | up to 126 lbs. (57.3 kg) |
| Super Bantamweight | up to 122 lbs. (55.4 kg) |
| Bantamweight | up to 118 lbs. (53.6 kg) |
| Super Flyweight | up to 115 lbs. (52.3 kg) |
| Flyweight | up to 112 lbs. (50.9 kg) |
| Light Flyweight | up to 108 lbs. (48.9 kg) |
| Minimum weight | up to 105 lbs. (47.63 kg) |

7.    **Protection.**  Female boxers shall wear breast and groin protectors.

8.    **Glove Size.**  Female boxers shall wear 8 oz. gloves up to 147 lbs. included, and 10 oz. gloves over 147 lbs.

9.   **Testing.**  Each female contestant during the pre-fight physical will be required to pass a pregnancy test administered under the direction of the examining physician or such physician's authorized assistant.  Female contestants submitting written documentation acceptable to the examining physician may be waived from the pre-fight physical pregnancy test.  Such document will be limited to:

a.   A copy of a lab report from a recognized clinical laboratory and dated within 10 days of the pre-fight physical, attesting that the contestant is not pregnant.

b.   A statement from a licensed physician on such physician's letterhead, stating that the contestant has a physical condition making it impossible to bear children.

10.   **Cosmetics.**  Female boxers shall use no facial cosmetics and should have their hair secured with a soft and non-abrasive material.

11.   **Age.**  The minimum age to compete for the world title shall be 18 years old, unless another minimum is mandated by the local commission.

12.   **Fees.**  Sanctioning and other fees for female bouts are set out in Appendix F:

13.   **Promoter Obligations.**  In addition to sanctioning and official's fees, the promoter is required to pay the following:

a.   Round-trip airfare (coach) for Supervisor.

b.   Transportation from and to airport for Supervisor.

c.   Hotel Accommodations at the event site should the event take place in a casino/hotel setting.  If in a different setting, a reputable hotel as close to the event site as possible with transportation to and from the event.

d.   Complimentary food for the Supervisor for their stay.

e.   A ringside seat for the Supervisor to view the event.

Note:  Items (a) to (e) apply to all officials.  All officials must be registered with WBA.  Fees are required to be paid by the promoter 15 days prior to the date of the Championship Fight.  Supervisor must have access to hold a rules meeting before or after the weigh-in.  All officials involved in the Championship bout must attend.

14.   **Consent and Waiver.**  The consent and waiver form found at Appendix G shall be completed by all participants.

# APPENDIX A

## WORLD BOXING ASSOCIATION
### MEDICAL AND SAFETY GUIDELINES

### ARTICLE 1

a.　　In order to obtain a license or the renewal of a license, all boxers must submit to a thorough medical examination by a physician approved by the Boxing Commission. The examination shall include a complete history of the applicant and any of all of the following laboratory procedures at the discretion of such physician: x-rays, skull x-rays, flat abdominal x-rays, electrocardiogram, complete blood count, including bleeding and coagulation time, urine analysis, serological examination of syphilis, neurological and psychiatric examination, and any other test which might be indicated by the past record or present condition of the applicant. HIV.

The following minimum physical requirements and disqualification shall apply to professional boxers (unless contrary to law of a given region).

1.　　Age:　　Upper Limit -36 years
　　　　　　　Lower Limit -17 years

Exception: If in a championship bout, the fighter is just over 36 years (Example: 36 years and 7 days), then this may be waived by discretion of the Commissioner. No person of 36 years or over will be allowed to start a career in professional boxing.

2.　　Blood Pressure: No over 150/90. If the physician thinks that the blood pressure was raised because of the boxer's anxiety, he may take several readings. If a boxer suffers from hypertension above 150/90, without evidence of cardiovascular disease and can be allowed to fight.

3.　　No organic heart disease or history of cardiac surgery.

4.　　No active lung disease, e.g., pneumonia, tuberculosis, pneumothorax.

5.　　Fundi -- no retinopathy or detached retinas (repaired or not).

6.　　Vision – both eyes without the use of lens, not less than J7 for close vision or no more than 20/100 for distant vision. No contact lenses.

7.     Abdomen – no hernias or organomegalia (enlarged liver or spleen) or palpable masses.

8.     Oral temperature – not over 37.4° C or 100° F.

9.     No dental abscess.

10.     No skin infection.

11.     No recent wound on face or ear which is less than 6 weeks old.

12.     No active ear infections.

13.     No absence of kidney or actual renal (kidney) disease.

14.     No body deformity that may tend to cause bodily injuries.

15.     No cranial or brain surgery.

16.     No changes in gait, mental status, or boxing performance.

17.     No hand fractures less than 6 weeks old.

18.     No history of epilepsy.

19.     No history of mental illness.

20.     No rapid dehydration. If a boxer is more than 5% overweight 5 days before a fight, he should not be allowed to dehydrate himself and should not be permitted to fight. If he presents signs of dehydration or excessive loss of weight on the day of the fight, he should not be permitted to fight.

b.     All boxers applying for an original given electroencephalogram, chest x-rays, serological test for syphilis and preferably a CAT Scan of the brain. The CAT Scan of the brain shall be an obligatory exam for all classified WBA boxers, and should be repeated when clinical circumstances so require. Any boxer that presents an altered CAT Scan that indicates brain atrophy, intra or extra cerebral hemorrhage, aneurysms, or any other pathological abnormalities, shall be retired permanently from boxing.

## ARTICLE 2

Boxers in all have the type of examination outlined in section (a) on the day of the weigh-in and again a short while before the boxing program begins. The boxer shall furthermore, be checked by a physician before leaving the venue of the tournament.

ARTICLE 3

In the event of any serious injury, the ringside physician shall immediately render any emergency treatment necessary, recommend further treatment or hospitalization if indicated, and fully report the entire matter to the Commission within twenty four (24) hours and subsequently thereafter, if necessary. Such physician may also require that the injured boxer remain in the ring or on the premises after the contest for such period of time, as the physician deems advisable.

ARTICLE 4

Any boxer who has sustained any severe injury or actual knockout, in a bout, shall, within twenty four (24) hours, be thoroughly examined by a physician approved by the Boxing Commission. Such examination shall include any or all the procedures as provided in Section (a) above, or as is specifically directed by the Commission physician or the ringside physician. Upon the physician's request, the Commission may suspend the boxer until he is fully recovered, and similarly, may extend such suspension already imposed.

ARTICLE 5

All medical reports submitted to the Commission relative to the physical examination or condition of boxers shall be considered confidential, and shall be open to examination only to the Commission or its authorized representative, to the licensed boxer upon his written apnation to the Commission or its authorized representative, to the licensed boxer upon his written application to examine said records, or upon the order of a court of competent jurisdiction in an appropriate case.

ARTICLE 6

Any contestant who has lost six (6) consecutive fights, must be automatically suspended and cannot be reenroll until he has submitted to a medical examination of the type specified in (a) above.

ARTICLE 7

Any boxer who has suffered an actual knockout shall be suspended for at least sixty (60) days and shall forthwith surrender his license card to the Commission. He cannot be reinstated until he has submitted to a medical examination of the type specified in Section (a) above.

If such a boxer suffers a knockout in his next bout, or within three-(3) month following a previous knockout, he shall be suspended from boxing for a period six (6) months. During the six-(6) months interval he shall refrain from any contact training in the gymnasiums. It shall be the

responsibility of the boxer's manager to see that he complies with this rule, and any violation shall result in indefinite suspension of the boxer and/or his manager.

The following automatic suspension shall come into effect irrespective of the outcome of the bout:

| | | |
|---|---|---|
| a) | More than 10 rounds | 30 days |
| b) | Between 6 and 10 rounds | 21 days |
| c) | Between 1 and 6 rounds | 14 days |

ARTICLE 8

Semiannual and annual medical examinations must be given to all licensed judges referees by the Commission physician and such examination must be of the same type and thoroughness as is outlined in Section (a).

ARTICLE 9

In the event that a boxer who has suffered a knockout or any severe injury has on such account been treated by his personal physician or has been hospitalized, he or his manager must promptly submit to the Boxing Commission a full report from such physician or hospital.

ARTICLE 10

The Commission shall appoint a panel of three physicians to especially examine any licensed boxer when a question arises as to the physical ability of such licensee to engage in a scheduled match, and the findings of such panel shall be a conclusive determination of such question. Any injury of illness before a scheduled match or while in training for a such match must be fully reported to the Commission within twenty four (24) hours by the licensee or his licensed manager. In such event the Commission does not request the appointment of such panel, the license must be examine by one approved physician in accordance with the procedure outlined in Section 1, above.

ARTICLE 11

Each boxer shall be equipped with and use throughout the out a custom made individually fabricated mouth guard.

ARTICLE 12

A portable resuscitator with oxygen equipment and a stretcher shall be available at ringside. An ambulance properly equipped with resuscitation equipment and manned by duly trained

personnel to transfer any injured boxer to a hospital that is available at the site of the bout. The injured boxer should be transported to a hospital, which has neurological facilities.

ARTICLE 13

**DRUGS AND STIMULANTS**

The administration or use of drugs or stimulants, or physiologic substances in order to increase the performance of the boxer in an artificial and unfair manner, before or during the bout is forbidden. Any fighter who violates this rule shall be disqualified.

Especially forbidden drugs are stimulants, narcotics and their derivatives, psychotropic drugs, anabolic steroids, corticosteroids, diuretics, probenecid, and whatever other substance determined by the Medical Advising Committee of the World Boxing Association, which shall issue a list of forbidden substances. This list shall be updated periodically by this Committee, and notified to the affiliated Commissions.

Any substance, that is not pure water, given to a contender during the bout, is absolutely forbidden. The discretional use of Vaseline around the eyes shall be permitted; however, the use of Vaseline, grease or any other substance on the arms, legs or body on any of the contenders is forbidden. The discretional use of hemostatic shall be permitted, such as adrenaline solution (1/1000), approved by the ring doctor between the rounds, for the purpose of controlling the bleeding or minor cuts and laceration received from one of the contenders. It is absolutely forbidden the use, by the contenders, of iron hemostatic substances as Monsel solution and the use of such coagulants shall be considered a violation and shall be sufficient cause for an immediate disqualification.

The Medical Advisory Committee, in addition to the list of substances, shall issue and keep an updated list of hemostatics not considered harmful to the boxer, and, therefore, its use shall be permitted during the bout.

In all World Championship fights, anti-drug tests are encouraged and should be taken before and/or after the fight. The sample taking should take place in an official ceremony for both boxers and in similar places.

The place and time of the sample taking shall be announced to the boxer and/or his representative and his trainer, jointly with the supervisor of the fight and the assigned member of the local commission, preferably at the reading of the rules ceremony. If the time of the sample taking is not indicated, it shall be understood that it shall take place at the end of the bout.

The boxer shall have the right to have his representative and/or trainer present at the sample taking process. Nevertheless, even if they do not make use of this right, the sample shall retain all its value. The boxer shall produce the sample before the doctor assigned to the bout or his substitute, a member of the local commission, or the supervisor of the fight. When, due to circumstances beyond control, the supervisor of the fight or the member of the local commission could not attend to the sample taking, it shall be carried out with the doctor and any of the two present, and it shall retain its entire legal value.

The sample shall be collected in a sterile recipient and shall be divided into two equal parts in a sterile container. The specimens should be clearly marked with the name of the boxer, and sealed in the presence of the boxer. After letting the boxer or his representative verify the seals, a Minute shall be drafted indicating on it the date, time and place and other details on the sample collection.

The doctor shall be responsible for the sample, shall deliver them to the laboratory for analysis, demanding acknowledge of receipt. In those places where do not exist laboratory facilities, the doctor shall take the samples and deliver them to an acknowledged laboratory.

The lab accepting the samples shall verify the condition of the seals and shall acknowledge, in writing, the proper receipt of the material. Once the first specimens have been examined to the satisfaction of all the parties, the second specimens may be eliminated.

In case of unconformity with the results of the analysis on the first set of samples, the lab may send the second sample to another laboratory authorized by the World Boxing Association shall send the second sets. The result of this second analysis shall be definite and shall be privately informed to the World Boxing Association, and shall then notify to the boxers or to their representatives.

In cases where is shall be deemed necessary to examine the second specimens, the boxer or his representative shall be advised about from the laboratory where same shall be processed, for the purpose of facilitating his presence or his designating a delegate to observe the sample opening and analysis details. However, in case the boxer or his representative or delegate should not attend to this act, the test process shall maintain its entire value.

Authorized World Boxing Association labs, based on the recommendations of the Medical Advisory Committee shall only process the second specimens. To this end, and for the purpose of

carrying our respective analysis, the World Boxing Association shall try to establish contact with well-known labs of the principal countries in the world.

The test and analysis cost for the first specimens shall be on the account of the fight promoter. All the costs and analysis made of the second specimens shall be on the account of the party requesting the test.

Whenever a force majeure or a fortuitous case should arise or whenever one of the contenders should not meet the adequate physical conditions for the respective sample taking, the assigned for the fight supervisor of the World Boxing Association shall be empowered to take the decision he shall deem must convenient with respect to the antidoping list; his decision shall be unappealable and no recourse shall be accepted. The boxer who refuses to be examined shall be disqualified, and furthermore, could be suspended or fined.

Boxers participating in a world championship bout must indicate previous to the sample taking, if they have received medication in the preceding seventy-two (72) hours and present written evidence from their consulting physician of the therapeutically reason for its use. The physician assigned to the fight, or in his absence, his substitute, according to the list of forbidden substances approved by the World Boxing Association, shall give his opinion in writing concerning the boxer's position related to the effects the medication could have over the fight.

Either the supervisor or the representative of the Local Commission could ask the boxers and/or their representative to sign the Minutes on the sample taking. In case they would refuse to do so, a record of this shall be kept and the test shall no lose its value. The boxer shall be allowed to drink liquids while he waits for the sample taking. If the World Boxing Association supervisor or the Commission's representative suspects this liquid was taken for the purpose of altering the results of the tests, they could order the analysis of said substance. Should the laboratory analysis prove that the administered liquid did contain substances, which could alter a positive result, the result of the test shall be considered a positive one.

The volume of urine samples shall be of 75 mls. or more. If the boxer cannot provide enough urine, the procedure shall be repeated after he has taken as much liquid as desired, bur he shall not be allowed to leave the place where the test shall be performed, until he has provided the established amount of urine.

The identification of the substances shall be done, preferably, through the combined use of high contrast chromatography and its rectification immune sample. The identification of

substances could also be done by any other means indicated and accepted by the Medical Advisory Committee or the World Boxing Association. The sanctions due to positive results of drug control tests shall be as follows:

1) If the World Champion wins the fight or retains the title in a tie, and his test results are positive, the title shall be declared vacant and the challenger (whose anti-drug result is negative) shall fight against the Leading Available Contender for the vacant title.

2) Should the challenger lose or tie the championship fight and his anti-drug test was positive, he shall not be permitted to fight for a title acknowledged by the World Boxing Association for at least six months and only after presenting medical evidence of his rehabilitation.

3) If the challenger wins the world championship bout and his anti-drug test is positive and the losing champions has a negative result, then, the champion shall retain his title no matter losing it, and the challenger shall be disqualified and shall not be able to fight for a World Boxing Association title during the next two (2) years, previous presentation of medical evidence proving his rehabilitation.

4) Should both boxer present positive antidrug tests, the title shall be declared vacant, and the World Boxing Association shall appoint two (2) Leading Available Contenders to fight for the vacant title. Neither one of the boxers, in these cases, shall be able to fight for a World Boxing Association championship during the next two (2) years, previous presentation of medical evidence proving their rehabilitation.

The directors promoters, administrators, entitles, officers, physicians, boxers, and, in general, anyone related to boxing, who has been judicially proved to be through a final judgment, involved in drug trafficking, such as: distribution, sale, money laundering from trafficking, for economic advantage or by any other means which implies, directly or indirectly, the handling of these substance or their profits, shall be excluded for life from whatever activities carried out by the World Boxing Association.

The Executive Committee shall take the respective decision. Nevertheless, when one of the aforesaid individuals or entities in this disposition comes under investigation by any competent authority, the World Boxing Association, through its Executive Committee, shall take the

temporary measures which it deems convenient, including, the suspension related to the investigated person or institution, should it be deemed necessary in order to protect the image and integrity of the Association.

To ignore this regulation, once approved, cannot be used as an excuse for its unfulfilling nor it exempts its application of the respective measure applied to each case. The World Boxing Association shall establish a permanent campaign for the prevention and education of drug problems in sports.

ARTICLE 14

**HEMOSTATICS**

The discretional use of hemostatics such as adrenaline solution at 1x1000, shall be allowed in order to control the bleeding of minor cuts or lacerations, suffered by the boxers during the bout. The use of hemostatics solution, or the use of any other caustic solution is prohibited.

The usage of these prohibited substances constitutes a sufficient cause for a disqualification.

The ringside physician is authorized to examine, at any moment, the substances being used as hemostatics during the fight.

# APPENDIX B

## WORLD BOXING ASSOCIATION

### GUIDELINES ON RATINGS

**A.    History**

Prepared by: * Gilberto Mendoza

 Dec. 1978

 Approved in LVIII Annual Convention

Revised: **Gilberto Mendoza

Feb. 1983

*** Gilberto Mendoza

Alberto Sarmiento

Oct. 1992

**** Gilberto Mendoza

Oct. 1999

Approved in LXXVIII Annual Convention

**ANTECEDENTS (SOME HISTORY)**

The World Boxing Association is a Non Profit Organization founded in 1920 with the name of NATIONAL BOXING ASSOCIATION, which in 1962, under the Presidency of Dr. Charles F. Larson, adopted the name of World Boxing Association, as a REAFFIRMATION OF its unquestionable condition as universal rector of professional boxing.

We have not been able to establish since when the organization initiated the ratings lists, nor whose responsibility was it before 1948. Since then, up to the present, the following have been the Chairmen of the Ratings Committee:

| From August 1948 to September 1954: | Anthony Petronella |
|---|---|
| From September 1954 to August 1959: | Fred J. Saddly |
| From August 1959 to September 1966: | Anthony Petronella |
| From September 1966 to August 1972: | Arch Hindman |
| From September 1972 to August 1974: | William H. Miller |

| | |
|---|---|
| From September 1974 to October 1978: | Rodrigo C. Sánchez E. |
| From October 1978 to September 1979: | Gilberto Mendoza |
| From October 1979 to September 1982: | Elías M. Córdova Jr. |
| From January 1983 to September 1985: | Gonzalo Riveras |
| From October 1985 to January 1993: | Alberto Sarmiento |
| From February 1993 to August 1993: | Gonzalo Riveras Z. |
| From September 1993 to July 1994: | Bolivar Icaza |
| From August 1994 to January 1995: | Rodolfo Fortich |
| From February 1995 to June de 1999: | Bolívar Icaza |
| From July 1999 up to now: | Gilberto Mendoza |

The BOXING ILLUSTRATED Magazine, we cannot recall the year, was chosen as the official publication vehicle of the Rating List, and it declared itself being proud of such designation, and pointed out on that occasion, that this list was the only one authorized and responsible. However, until June 1959, The BOXING ILLUSTRATED published, besides the N.B.A. lists, its own list, made by Mr. Eddie Borden, with the purpose of giving its readers the opportunity to make comparisons.

According to this publication, Eddie Borden, its rater, was a famous world authority in professional boxing, and considered him as the man who had initiated the boxing ratings thirty years ago.

Upon the arrival of Anthony Petronella, with previous experience in the Ratings Committee (1948 - 1954) and former President of the N.B.A. (1954 -1955), the magazine continued publishing the N.B.A. ratings and later those of the W.B.A., omitting its own lists. Since 1959 up to the present, the W.B.A. and the magazine's ratings are being published in separate pages.

In 1989, due to the modern technology facilities of fast communication, some collaborators have been chosen on different places of the world, to whom the ratings are sent at the moment of the elaboration, they are in charge of reproducing them and giving them away in the area. To them our recognition.

During many years, the work of ratings was according to the judgment, experience and personal opinion of the Chairman of the Ratings Committee without any parameters and general

rules that could guide in the accomplishment of an objective and standardized evaluation in the determination and hierarchization of the position of the boxers in our official list of ratings.

It was not until the period 1978-79, when for the first time a project denominated "Norms and Procedure for Ratings" was elaborated, and even though it was not perfect, since then, it has permitted us to present over a solid, objective and just, as well as uniform basis, the guidelines followed in the elaboration of the official list of Ratings. The present work simply constitutes a revised and actualized reproduction of the one presented at the LVIII Annual Convention of the World Boxing Association held in Miami on September 1979. We will transcribe the text of the Minute where this manual was presented, considered and approved. The page 28 of the Minute of the LVIII Annual Convention of the WBA says as follows:

> **"Mr. Mendoza prefaced his report by explaining the chart he was going to use for illustration purposes was patterned after what he had learned in Business Administration and one which was used by the Stanford Research Institute. The main points were when we plan for the future, we should consider two times -the present and the future -the past will simply be a reference point. He gave a detailed account, using the chart to illustrate his points. Mr. Mendoza said he had handed out copies of his report in both Spanish and English and discussed at length the criteria used in determining how to rank the 10 best world boxers in the 13 categories of the W.B.A. on a monthly basis. The report also described the goal behind their work schedule in addition to the activities carried out by the Ratings Committee. Mr. Mendoza acknowledged that he and his committee were far from being perfect but he hoped the job would be better in the future. He gave the names of the members who comprised his committee and commended them for their efforts.**
>
> **The discussion following the report included comments by Bob Arum, who said he had never seen a better manual prepared in all his years in boxing and if this were implemented and carried out, it would be a monument to Mr. Mendoza. Rodrigo Sanchez also congratulated Sr. Mendoza for his fine work and assured him he would do everything in his power to see that his manual was implemented during his administration.**
>
> **Ron Hayter stated, I WOULD LIKE TO MOVE THAT THE PROCEDURES GUIDE FOR RATINGS BE APPROVED. Luis Barradas seconded it. "** Mr. Hayter

added how important it was to have ratings we respect and he strongly endorsed the guide-" lines composed by Mr. Mendoza. Ron Hayter addressed the Chairman, saying he believed the guide compiled by Mr. Mendoza will be a map they can follow in setting forth-creditable ratings. President Galindez stated a motion was made to approve the report and repeated the motion: THAT WE SHOULD USE THE RATINGS PROCEDURES PRESENTED TO US THIS YEAR BY THE RATING COMMITTEE, The motion was unanimously approved.

The President was pleased that Mr. Mendoza had justified his faith in having chosen him for the job as Chairman of the Ratings Committee. He reviewed all the steps leading up to this time and said in more than 50 years, it had not been possible to establish set rules. The President stated he could not add anything about Mr. Mendoza's work except to repeat what Bob Arum had said about it —"it is brilliant!" He referred to the Report of the Ratings Committee -formed in the period 1978-1979 by por H. O. W. Klopper, Ron Hayter, Gail Brown, Kozaburo Nagazto, Aureliano Rey Miododo, Francisco Fernandez-as the seed which boxing world needed and that it was, fortunately, the best thing he could leave to the W.B.A."

Similarly its original author GILBERTO MENDOZA has updated this work in 1983, 1992 and 1999.

In this opportunity –November 1999-and in the frame of the LXXVIII Annual Convention we introduced some modifications and improvements, which are the result of experiences obtained through its application. They are: a) The obligation of the N°1 contender to defend his position based on article 10.3 of the World Championships Regulations; b) Mandatory fights to determine the N° 1 and N° 2 positions in the ratings; c) The Vacancy of the N° 1 position of any of the divisions where the Ratings Committee considers it necessary; d) Adjustment of the promotion and demotion for the rated contenders from 10 to 12 and from 12 to 15; e) Five Point System for ratings evaluation, that will allow us to be more objective on the determination of a boxer's position in the ratings. This will undoubtedly improve the objective principle of this delicate and controversial work. The details of this system are explained in the point _____, page _____ of this manual.

In the publication of this manual called "Norms and Procedures for Ratings", also known as "MENDOZA'S MANUAL FOR RATINGS" as a recognition for the effort of its author has

been considered by many specialists as a transcendental and revolutionary instrument in the history of the International Professional Boxing.

The present project does not pretend to be the "Perfect Procedure" towards the establishment of a ratings system.

It simply pretends to constitute itself in a rule of general guidelines that may serve as a device to determine an objective, precise and rational form, and the position of boxers in the WBA Ratings.

I hope this modest work, which has being updated to agree with the environment of today, called "NORMS AND PROCEDURES FOR RATINGS" presented and approved in the Convention of Miami, in 1979, and first updated in 1983 by its author, the President of the World Boxing Association, GILBERTO MENDOZA, contribute to the strengthening of the WBA and all of its members.

**B.**     **Norms**.

1.     PROMOTIONS IN THE RATINGS.

The promotions which boxers rated in the WBA ratings deserve, will be governed by the TABLE OF PROMOTIONS N° 1, N° 2, N° 3, N° 3, N° 4, N° 5 and N° 6 that have been made for that purpose.

These tables will be applied in those cases in which a rated boxer obtains a victory over another boxer with a better rating.

The type of decisions that are considered in the six-(6) tables mentioned before are identified as follows:

> SD: SPLIT DECISION
>
> UD: UNANIMOUS DECISION
>
> TKO: TECHNICAL KNOCKOUT
>
> KO: KNOCKOUT

The TABLES OF PROMOTIONS will be presented individually.

## TABLE 1

## "P R O M O T I O N S "

## (FOR BOXERS RATED IN POSITIONS 2 TO 5)

| RATED N° | WINS OVER N° | GOES TO POSITION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 2 | 1 | 1 | 1 | 1 | 1 |
| 3 | 2 | 2 | 2 | 2 | 2 |
| 3 | 1 | 1 | 1 | 1 | 1 |
| 4 | 3 | 3 | 3 | 3 | 3 |
| 4 | 2 | 2 | 2 | 2 | 2 |
| 4 | 1 | 1 | 1 | 1 | 1 |
| 5 | 4 | 4 | 4 | 4 | 4 |
| 5 | 3 | 3 | 3 | 3 | 3 |
| 5 | 2 | 2 | 2 | 2 | 2 |
| 5 | 1 | 1 | 1 | 1 | 1 |

**NOTE:**   This table is applicable to the fights held between boxers rated in positions from N° 2 to N° 5, both inclusive. According to it the winner, in this case the boxer of lower position, will automatically obtain the right to be rated in the position which the defeated boxer had prior to the fight, regardless of the type of decision that caused the defeat. In case of "Draw Decision", the boxers will continue in the positions they occupied before the fight.

**TABLE 2**

**"P R O M O T I O N S"**

**(FOR BOXERS RATED IN POSITIONS 6 TO 8)**

| RATED N° | WINS OVER N° | GOES TO POSITION N° | | | |
|---|---|---|---|---|---|
| | | **SD** | **UD** | **TKO** | **KO** |
| 6 | 5 | 5 | 5 | 5 | 5 |
| 6 | 4 | 4 | 4 | 4 | 4 |
| 6 | 3 | 4 | 3 | 3 | 3 |
| 6 | 2 | 3 | 2 | 2 | 2 |
| 6 | 1 | 2 | 1 | 1 | 1 |
| 7 | 6 | 6 | 6 | 6 | 6 |
| 7 | 5 | 5 | 5 | 5 | 5 |
| 7 | 4 | 5 | 4 | 4 | 4 |
| 7 | 3 | 4 | 3 | 3 | 3 |
| 7 | 2 | 3 | 2 | 2 | 2 |
| 7 | 1 | 2 | 1 | 1 | 1 |
| 8 | 7 | 7 | 7 | 7 | 7 |
| 8 | 6 | 6 | 6 | 6 | 6 |
| 8 | 5 | 6 | 5 | 5 | 5 |
| 8 | 4 | 5 | 4 | 4 | 4 |
| 8 | 3 | 4 | 3 | 3 | 3 |
| 8 | 2 | 3 | 2 | 2 | 2 |
| 8 | 1 | 2 | 1 | 1 | 1 |

**NOTE:** This table is applicable to boxers rated in positions 6, 7 and 8, when they obtain favorable results in fights held against boxers better rated. In case of "Draw Decision" both boxers will continue in the positions occupied by them before the fight.

## TABLE 3

## "P R O M O T I O N S "

## (FOR BOXERS RATED IN POSITIONS 9 AND 10)

| RATED N° | WINS OVER N° | GOES TO POSITION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 9 | 8 | 8 | 8 | 8 | 8 |
| 9 | 7 | 7 | 7 | 7 | 7 |
| 9 | 6 | 6 | 6 | 6 | 6 |
| 9 | 5 | 6 | 5 | 5 | 5 |
| 9 | 4 | 5 | 4 | 4 | 4 |
| 9 | 3 | 5 | 3 | 3 | 3 |
| 9 | 2 | 4 | 2 | 2 | 2 |
| 9 | 1 | 3 | 1 | 1 | 1 |
| 10 | 9 | 9 | 9 | 9 | 9 |
| 10 | 8 | 8 | 8 | 8 | 8 |
| 10 | 7 | 7 | 7 | 7 | 7 |
| 10 | 6 | 6 | 6 | 6 | 6 |
| 10 | 5 | 6 | 5 | 5 | 5 |
| 10 | 4 | 5 | 4 | 4 | 4 |
| 10 | 3 | 5 | 3 | 3 | 3 |
| 10 | 2 | 4 | 2 | 2 | 2 |
| 10 | 1 | 3 | 1 | 1 | 1 |

**NOTE:** This table is applicable for boxers rated in position 9 and 10, when they obtain favorable results in fights held against boxers better rated. In case of "Draw Decision" both boxers will continue in the same positions they occupied before the fight.

## TABLE 4

## "P R O M O T I O N S"

### (FOR BOXERS RATED IN POSITIONS 11 AND 12)

| RATED N° | WINS OVER N° | GOES TO POSITION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 11 | 10 | 10 | 10 | 10 | 10 |
| 11 | 9 | 9 | 9 | 9 | 9 |
| 11 | 8 | 8 | 8 | 8 | 8 |
| 11 | 7 | 8 | 7 | 7 | 7 |
| 11 | 6 | 7 | 7 | 6 | 6 |
| 11 | 5 | 7 | 6 | 5 | 5 |
| 11 | 4 | 6 | 5 | 4 | 4 |
| 11 | 3 | 5 | 4 | 3 | 3 |
| 11 | 2 | 4 | 3 | 2 | 2 |
| 11 | 1 | 3 | 2 | 1 | 1 |
| 12 | 11 | 11 | 11 | 11 | 11 |
| 12 | 10 | 10 | 10 | 10 | 10 |
| 12 | 9 | 9 | 9 | 9 | 9 |
| 12 | 8 | 9 | 9 | 8 | 8 |
| 12 | 7 | 9 | 8 | 7 | 7 |
| 12 | 6 | 8 | 7 | 6 | 6 |
| 12 | 5 | 8 | 7 | 5 | 5 |
| 12 | 4 | 7 | 6 | 4 | 4 |
| 12 | 3 | 6 | 5 | 3 | 3 |
| 12 | 2 | 5 | 4 | 2 | 2 |
| 12 | 1 | 4 | 3 | 1 | 1 |

**NOTE:** This table is applicable for boxers rated in positions 11 and 12, when they obtain favorable results in fights held against boxers better rated. In case of "Draw Decision" both boxers will continue in the same positions they occupied before the fight.

## TABLE 5

## "PROMOTIONS"

## (FOR BOXERS RATED IN POSITIONS 13 AND 14)

| CLASIFICADO N° | VENCE AL N° | PASA A OCUPAR LA POSICION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 13 | 12 | 12 | 11 | 12 | 12 |
| 13 | 11 | 11 | 10 | 11 | 11 |
| 13 | 10 | 10 | 9 | 10 | 10 |
| 13 | 9 | 9 | 9 | 9 | 9 |
| 13 | 8 | 9 | 8 | 8 | 8 |
| 13 | 7 | 8 | 7 | 7 | 7 |
| 13 | 6 | 8 | 7 | 6 | 6 |
| 13 | 5 | 7 | 6 | 5 | 5 |
| 13 | 4 | 7 | 5 | 4 | 4 |
| 13 | 3 | 6 | 4 | 3 | 3 |
| 13 | 2 | 5 | 3 | 2 | 2 |
| 13 | 1 | 4 | 1 | 1 | 1 |
| 14 | 13 | 13 | 13 | 13 | 13 |
| 14 | 12 | 12 | 12 | 12 | 12 |
| 14 | 11 | 11 | 11 | 11 | 11 |
| 14 | 10 | 10 | 10 | 10 | 10 |
| 14 | 9 | 9 | 9 | 9 | 9 |
| 14 | 8 | 9 | 9 | 8 | 8 |
| 14 | 7 | 8 | 8 | 7 | 7 |
| 14 | 6 | 8 | 7 | 6 | 6 |
| 14 | 5 | 7 | 7 | 5 | 5 |
| 14 | 4 | 7 | 6 | 4 | 4 |
| 14 | 3 | 6 | 5 | 3 | 3 |
| 14 | 2 | 5 | 4 | 2 | 2 |
| 14 | 1 | 4 | 3 | 1 | 1 |

**NOTE:** This table is applicable for boxers rated in positions 13 and 14, when they obtain favorable results in fights held against boxers better rated. In case of "Draw Decision" both boxers will continue in the same positions they occupied before the fight.

## TABLE 6

## "PROMOTIONS"

## (FOR BOXERS RATED IN POSITIONS 15)

| CLASIFICADO N° | VENCE AL N° | PASA A OCUPAR LA POSICION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 15 | 14 | 14 | 14 | 14 | 14 |
| 15 | 13 | 13 | 13 | 13 | 13 |
| 15 | 12 | 12 | 12 | 12 | 12 |
| 15 | 11 | 11 | 11 | 11 | 11 |
| 15 | 10 | 10 | 10 | 10 | 10 |
| 15 | 9 | 9 | 9 | 9 | 9 |
| 15 | 8 | 9 | 9 | 8 | 8 |
| 15 | 7 | 9 | 8 | 7 | 7 |
| 15 | 6 | 8 | 8 | 6 | 6 |
| 15 | 5 | 8 | 7 | 5 | 5 |
| 15 | 4 | 7 | 7 | 4 | 4 |
| 15 | 3 | 7 | 6 | 3 | 3 |
| 15 | 2 | 6 | 5 | 2 | 2 |
| 15 | 1 | 5 | 4 | 1 | 1 |

**NOTE:** This table is applicable for boxers rated in the N° 15 position, when they obtain favorable results in fights held against boxers better rated. In case of "Draw Decision" both boxers will continue in the same positions they occupied before the fight.

2.    DEMOTIONS IN THE RATINGS – TABLES 1 to 7

In order to determine the demotions caused by defeats suffered by the rated boxers, the guidelines established in the TABLES OF DEMOTIONS N° 1, N° 2, N° 3, N° 4, N° 5, N° 6 and N° 7, which were elaborated for that purpose, shall be applied.

These tables consider the different possible defeats to which a rated boxer is exposed, and they are the following:

A.    Defeats in World Championship Fights.

B.    Defeats by better rated boxers.

C.    Defeats by lower rated boxers.

D.    Defeats by non-rated boxers.

# TABLE I

## A. TABLE OF DEMOTIONS ACCORDING TO THE RESULTS OF FIGHT FOR A WORLD TITLE

### Table applicable in cases of "DRAW" DECISION, UNANIMOUS DECISION AND SPLIT DECISION

This table shows the new position that a challenger should occupy, according to the type of decision, Draw Decision, Unanimous Decision and Split Decision that had caused his defeat by the World Champion.

| POSICION DEL RETADOR | TIPO DE DECISION | | | | | |
|---|---|---|---|---|---|---|
| | D | SD (2) | SD (3+) | UD (1) | UD (2) | UD (3+) |
| 1 | 1 | 2 | 3 | 3 | 4 | 5 |
| 2 | 2 | 3 | 4 | 4 | 5 | 6 |
| 3 | 3 | 4 | 5 | 5 | 6 | 7 |
| 4 | 4 | 5 | 6 | 6 | 7 | 8 |
| 5 | 5 | 6 | 7 | 7 | 8 | 9 |
| 6 | 6 | 7 | 8 | 8 | 9 | 10 |
| 7 | 7 | 8 | 9 | 9 | 10 | 11 |
| 8 | 8 | 9 | 10 | 10 | 11 | 12 |
| 9 | 9 | 10 | 11 | 11 | 12 | 13 |
| 10 | 10 | 11 | 12 | 12 | 13 | 14 |
| 11 | 11 | 12 | 13 | 13 | 14 | 15 |
| 12 | 12 | 13 | 14 | 14 | 15 | X |
| 13 | 13 | 14 | 15 | 15 | X | X |
| 14 | 14 | 15 | X | X | X | X |
| 15 | 15 | X | X | X | X | X |

REF:    D:    Draw

SD (2):    Split Decision by two (2) points.

SD (3+):    Split Decision by Three (3) or more points

UD (1):    Unanimous Decision by one (1) point

UD (2+):    Unanimous Decision by two (2) points

UD (3+):    Unanimous Decision by three or more points

## TABLE 2
### A. TABLE OF DEMOTIONS ACCORDING TO
### THE RESULTS OF FIGHT FOR A WORLD TITLE

Table applicable in cases of TKO or KO, when the loser is ahead in the scorecards of the Judges at the moment of the TKO or KO

This table shows the new position that a challenger should occupy, according to the type of decision, TKO or KO that had caused his defeat by the World Champion.

| RESULT CHALLENGER POSITION | TYPE OF DECISION | | |
|---|---|---|---|
| | TKO/KO9R-12R | TKO-KO5R-8R | TKO-KO1R-4R |
| 1 | 5 | 6 | 7 |
| 2 | 6 | 7 | 8 |
| 3 | 7 | 8 | 9 |
| 4 | 8 | 9 | 10 |
| 5 | 9 | 10 | 11 |
| 6 | 10 | 11 | 12 |
| 7 | 11 | 12 | 13 |
| 8 | 12 | 13 | 14 |
| 9 | 13 | 14 | 15 |
| 10 | 14 | 15 | X |
| 11 | 15 | X | X |
| 12 | X | X | X |
| 13 | X | X | X |
| 14 | X | X | X |
| 15 | X | X | X |

REF:

TKO/KO 9R- 12R:    When the TKO/KO takes place between the 9th and the 12th round

TKO/KO 5R-8R:    When the TKO/KO takes place between the 5th and the 8th round

TKO/KO 1R-4R:    When the TKO/KO takes place between the 1st and the 4th round

**TABLE 3**

**A. TABLE OF DEMOTIONS ACCORDING TO**

**THE RESULTS OF FIGHT FOR A WORLD TITLE**

<u>Table applicable in cases of TKO or KO, when the loser is behind in the scorecards of the Judges at the moment of the TKO or KO</u>

This table shows the new position that a challenger should occupy, according to the type of decision, TKO or KO that had caused his defeat by the World Champion

| RESULT CHALLENGER POSITION | TYPE OF DECISION | | |
|---|---|---|---|
| | TKO/KO9R-12R | TKO-KO5R-8R | TKO-KO1R-4R |
| 1 | 6 | 7 | 8 |
| 2 | 7 | 8 | 9 |
| 3 | 8 | 9 | 10 |
| 4 | 9 | 10 | 11 |
| 5 | 10 | 11 | 12 |
| 6 | 11 | 12 | 13 |
| 7 | 12 | 13 | 14 |
| 8 | 13 | 14 | 15 |
| 9 | 14 | 15 | X |
| 10 | 15 | X | X |
| 11 | X | X | X |
| 12 | X | X | X |
| 13 | X | X | X |
| 14 | X | X | X |
| 15 | X | X | X |

REF:

TKO/KO9R – 12 R:   When the TKO/KO takes place between the 9th and 12th round

TKO/KO5R – 8R:   When the TKO/KO takes place between the 5th and 8th round

TKO/KO1R – 4R:   When the TKO/KO takes place between the 1st and 4th round

**TABLE 4**

**A.-TABLE OF DEMOTIONS ACCORDING TO THE**
**RESULT OF THE FIGHTS FOR A WORLD TITLE**
**IN THE CASE THE WORLD CHAMPION IS DEFEATED.**

This table shows the position that the World Ex-Champion shall occupy, according to the result that caused his defeat by the challenger, who has won the title.

| NEW POSITION OF THE EX-CHAMPION | TYPE OF DECISION | | | | |
|---|---|---|---|---|---|
| | SD | UD (2) | UD (3+) | TKO/KO 7-12 | TKO/KO 1-6 |
| | 2 | 3 | 4 | 5 | 6 |

REF:

SD:         SPLIT DECISION
UD (2):     UNANIMOUS DECISION BY ONE (1) OR TWO (2) POINTS
UD (3+):    UNANIMOUS DECISION BY THREE (3) OR MORE POINTS
TKO/KO:     TECHNICAL KNOCK OUT AND KNOCK OUT

## TABLE 5

## B.- DEFEAT BY BOXERS WITH BETTER RATING

## (FOR BOXERS RATED IN POSITIONS 2 TO 5)

| RATED N° | LOSSES BEFORE N° | DEMOTED TO POSITION N° | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | SD | UD | TKO 9-12 | TKO 5-8 | TKO 4-1 | KO 9-12 | KO 5-8 | KO 4-1 |
| 2 | 1 | 4 | 5 | 6 | 7 | 8 | 7 | 8 | 9 |
| 3 | 2 | 5 | 6 | 7 | 8 | 9 | 8 | 9 | 10 |
| 3 | 1 | 5 | 6 | 7 | 8 | 9 | 8 | 9 | 10 |
| 4 | 3 | 6 | 7 | 8 | 9 | 10 | 9 | 10 | 11 |
| 4 | 2 | 6 | 7 | 8 | 9 | 10 | 9 | 10 | 11 |
| 4 | 1 | 6 | 7 | 8 | 9 | 10 | 9 | 10 | 11 |
| 5 | 4 | 7 | 8 | 9 | 10 | 11 | 10 | 11 | 12 |
| 5 | 3 | 7 | 8 | 9 | 10 | 11 | 10 | 11 | 12 |
| 5 | 2 | 7 | 8 | 9 | 10 | 11 | 10 | 11 | 12 |
| 5 | 1 | 7 | 8 | 9 | 10 | 11 | 10 | 11 | 12 |

## TABLE 6

### B.- DEFEATS BY BOXERS WITH BETTER RATING

### (FOR BOXERS RATED IN POSITIONS 6 TO 8)

| RATED N° | LOSSES BEFORE N° | DEMOTED TO POSITION N° | | | | | | | |
|----------|------------------|------|------|------------|-----------|-----------|----------|---------|---------|
|          |                  | SD   | UD   | TKO 9-12   | TKO 5-8   | TKO 4-1   | KO 9-12  | KO 5-8  | KO 4-1  |
| 6 | 5 | 8  | 9  | 10 | 11 | 12 | 11 | 12 | 13 |
| 6 | 4 | 8  | 9  | 10 | 11 | 12 | 11 | 12 | 13 |
| 6 | 3 | 8  | 9  | 10 | 11 | 12 | 11 | 12 | 13 |
| 6 | 2 | 8  | 9  | 10 | 11 | 12 | 11 | 12 | 13 |
| 6 | 1 | 8  | 9  | 10 | 11 | 12 | 11 | 12 | 13 |
| 7 | 6 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 7 | 5 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 7 | 4 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 7 | 3 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 7 | 2 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 7 | 1 | 9  | 10 | 11 | 12 | 13 | 12 | 13 | 14 |
| 8 | 7 | 10 | 12 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 6 | 10 | 12 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 5 | 10 | 12 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 4 | 10 | 12 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 3 | 10 | 11 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 2 | 10 | 11 | 12 | 13 | 14 | 13 | 14 | 15 |
| 8 | 1 | 10 | 11 | 12 | 13 | 14 | 13 | 14 | 15 |

## TABLE 7

## DEFEATS BY BOXERS WITH BETTER RATING

## (FOR BOXERS RATED IN POSITIONS 9 TO 12)

| RATED N° | LOSSES WITH N° | DEMOTED TO POSITION N° | | | |
|---|---|---|---|---|---|
| | | SD | UD | TKO | KO |
| 9 | 8 | 11 | 12 | 13 | 14 |
| 9 | 7 | 11 | 12 | 13 | 14 |
| 9 | 6 | 11 | 12 | 13 | 14 |
| 9 | 5 | 11 | 12 | 13 | 14 |
| 9 | 4 | 11 | 12 | 13 | 14 |
| 9 | 3 | 11 | 12 | 13 | 14 |
| 9 | 2 | 11 | 12 | 13 | 14 |
| 9 | 1 | 11 | 12 | 13 | 14 |
| 10 | 9 | 12 | 13 | 14 | 15 |
| 10 | 8 | 12 | 13 | 14 | 15 |
| 10 | 7 | 12 | 13 | 14 | 15 |
| 10 | 6 | 12 | 13 | 14 | 15 |
| 10 | 5 | 12 | 13 | 14 | 15 |
| 10 | 4 | 12 | 13 | 14 | 15 |
| 10 | 3 | 12 | 13 | 14 | 15 |
| 10 | 2 | 12 | 13 | 14 | 15 |
| 10 | 1 | 12 | 13 | 14 | 15 |
| 11 | 1-10 | 13 | 14 | 15 | X |
| 12 | 1-11 | 14 | 15 | X | X |
| 13 | 1-12 | 15 | X | X | X |
| 14 | 1-13 | X | X | X | X |
| 15 | 1-14 | X | X | X | X |

## C. – DEMOTIONS IN CASE OF DEFEATS
## BY BOXERS WITH LOWER RATING

The boxer with high rating, who is defeated by a boxer with lower rating, will be automatically demoted to the position occupied by the boxer who defeated him, provided the result of the fight has been **Split Decision** or **Unanimous Decision**. In those cases when the result of the fight is **TKO** or **KO**, the defeated boxer will automatically be demoted to the position immediately below to that occupied by the boxer who defeated him.

## C.- DEMOTIONS IN CASE OF DEFEATS
## WITH NON-RATED BOXERS

The rated boxer who is defeated by a non-rated boxer will automatically be withdrawn fro m the Ratings. Nevertheless, what has been established in the paragraph "b" of point 5 "Removal from the Ratings" will be taken into consideration.

3.      100 POINT SYSTEM FOR RATINGS POSITION EVALUATION

This system is based on five (5) factors that will help the determination of the position of the rated boxers in the ratings. The evaluation factors are:

I.      Record

II.     Activity

III.    Caliber of contenders

IV.     Regional Recognition

V.      WBA Achievement

I.  **Record**: Scales were elaborated to give points according to the number of victories that a boxer has. The scale is the following:

| I-A | RECORD (Victories) | POINTS |
|-----|--------------------|--------|
|     | 15                 | 3      |
|     | 16-21              | 6      |
|     | 22-27              | 9      |
|     | 28-33              | 12     |
|     | 34-39              | 15     |
|     | 40+                | 18     |

Similarly, points will be deducted according to the number of defeats that a boxer has in his record according to the following scale:

| I-B | RECORD (Defeats) | POINTS |
|-----|------------------|--------|
|     | 1-2              | -1     |
|     | 3-4              | -2     |
|     | 5-6              | -3     |
|     | 7+               | -6     |

II.   **Activity**. The application of this factor is to award points to the activity of a boxer. The last 12 months prior to the mo nth in which the evaluation is made. The parameters established in this scale are the followings:

| II | ACTIVITY (Fights/Year) | POINTS |
|---|---|---|
| | 1 | 3 |
| | 2 | 6 |
| | 3 | 9 |
| | 4 | 12 |
| | 5 | 15 |
| | 6+ | 18 |

III. **Caliber of Contenders**. Points will be given according to the victories a boxer, who is submitted to the evaluation, has over other rated boxers. It will work as follows.

| III-A | CALIBER OF CONTENDERS (Victories over rated contenders) | POINTS |
|---|---|---|
| | 1 | 3 |
| | 2 | 6 |
| | 3 | 9 |
| | 4 | 12 |
| | 5 | 15 |
| | 6 | 18 |
| | 7 | 21 |
| | 8 | 24 |
| | 9+ | 27 |

The boxer will be given points for defeats against recognized (well-known) boxer.

| III-B | CALIBER OF CONTENDERS (Losses against rated boxers) | POINTS |
|---|---|---|
| | 1 | 1 |
| | 1 | 1 |
| | 1 | 1 |
| | **TOTAL** | **30** |

IV.   **International Recognition.** The application of this factor is to award points to incentivate the realization of regional titles, recognized by the WBA. It will work as follows:

| IV | INTERNATIONAL RECOGNITION (Regional Titles) | POINTS |
|---|---|---|
| A | WINNING REGIONAL TITLE | 2 |
| B | REGIONAL DEFENSE | |
| | 1st REGIONAL DEFENSE | 2 |
| | 2nd REGIONAL DEFENSE | 2 |
| | 3rd REGIONAL DEFENSE | 2 |
| C | WORLD TITLES (WBA, WBC, WBO, IBF) | 4 |
| D | DEFENSES | |
| | 1st WORLD TITLES DEFENSES | 1 |
| | 2nd WORLD TITLES DEFENSES | 1 |
| | 3rd WORLD TITLES DEFENSES | 1 |
| E | WORLD TITLE UNIFICATION | 5 |
| | TOTAL | 20 |

V.   **WBA Achievement:**

| V | WBA ACHIEVEMENT | POINTS |
|---|---|---|
| A | WBA REGIONAL TITLE DEFENSES | |
| | 1st DEFENSE | 1 |
| | 2nd DEFENSE | 1 |
| | 3rd DEFENSE | 1 |
| B | ONE WBA TITLE OR WBA REGIONAL UNIFICATION | 2 |
| C | TWO WBA TITLES | 4 |
| D | THREE WBA TITLES | 5 |
| | **TOTAL** | **14** |

# APPENDIX C

### SUPER BELTS

**Heavy:**  Joe Louis (5 defenses), Muhammad Ali (10 defenses);

**Cruiser:**  Evander Holyfield (5 defenses);

**Light Heavy:**  Archie Moore (5 defenses), Virgil Hill (10 Defenses);

**Super Middle:**  Sugar Ray Leonard (5 defenses);

**Middle:**  Carlos Monzon (10 defenses);

**Super Welterweight:** Thomas Hearns (5 defenses);

**Welter:**  Sugar Ray Robinson (5 defenses);

**Super Light:**  Antonio Cervantes "Kid Pambele" (5 defenses);

**Light:**  Roberto Duran (5 defenses);

**Super Feather:**  Gabriel "Flash" Elorde (5 defenses);

**Feather:**  Sandy Sadler (5 defenses), Eusebio Pedroza (10 defenses);

**Bantam:**  Eder Jofre (5 defenses);

**Super Bantam:**  Wilfredo Gomez (5 defenses);

**Super Fly:**  Khaosay Galaxy (5 defenses);

**Fly:**  Pascual Perez (5 defenses);

**Light Fly:**  Yoko Gushiken (5 defenses);

**Minimum:**  Leo Gamez (5 defenses).

# APPENDIX D

## TO RULES OF WORLD BOXING ASSOCIATION
### SANCTION AND OTHER FEES

a. For Super Championship, World Championship, and Interim Championship contests (in US $):

| 1) PROMOTER'S BOUT FEE | | | |
|---|---|---|---|
| **DIVISIONS / PURSES** | **COMBINED PURSES** | | |
| | **Up to $ 250** | **$ 250 - $ 500** | **$ 500 - $ 1,5 M** |
| FROM 105 to 115 Lbs | $6,000.00 | $8,000.00 | $10,000.00 |
| FROM 118 to 130 Lbs | $8,000.00 | $10,000.00 | $12,000.00 |
| FROM 135 to 154 Lbs | $10,000.00 | $12,000.00 | $14,000.00 |
| FROM 160 to 200 Lbs | $12,000.00 | $15,000.00 | $20,000.00 |
| HEAVYWEIGHT AND ALL DIVISION PURSES OVER 1,5MM | | | $25,000.00 |

| 2) Sanctioning Fee | Percentage of Purse | Minimum | Maximum |
|---|---|---|---|
| Champion | 3% of purse | $ 3,500 | $ 250,000 |
| Challenger | 3% of purse | $ 1,500 | $250,000 |

If both fighters are recognized as champions, each is subject to the champion's fee.
If both fighters are recognized as challengers, each is subject to the challenger's fee.

| 3) Promoter's License (if not previously paid) | |
|---|---|
| 1 January – 31 March | $ 5,000.00 |
| 1 April – 31 December | $ 6,000.00 |

| 4) Manager License | $ 1,200.00 |
|---|---|

| 5) EXPENSES PAYABLE | |
|---|---|
| A- INSURANCE/LEGAL | $3,000.00 |
| B- BELT FOR NEW CHAMPIONS | |
| INTERIM | $2,500.00 |
| GOLD/ REGULAR / UNIFIED | $3,500.00 |
| SUPER BELT | $5,000.00 |

| C- OFFICIALS PAYMENT | | |
|---|---|---|
| - SUPERVISOR | | $1,000.00 |
| - OFFICIALS | | |
| Total Purse | Referees | Judges |
| Up to US$ 100,000 | $1,900.00 | $1,600.00 |
| From US$ 100,001 to US$ 250,000 | $2,300.00 | $1,800.00 |
| From US$ 250,001 to US$ 1,000,000 | $2,700.00 | $2,000.00 |
| From US$ 1,000,000 to US$ 5,000,000 | $3,100.00 | $2,250.00 |
| From US$ 5,000,001 to US$ 10,000,000 | $3,500.00 | $2,500.00 |
| From US $10,000,001 and over | $3,900.00 | $3,500.00 |

| 6)   SPECIAL PERMIT | |
|---|---|
| WEIGHT | AMOUNT |
| From 105-115 Lbs. | $12,000.00 |
| From 118-130 Lbs. | $15,000.00 |
| From 135-154 Lbs. | $18,000.00 |
| From 160-200 Lbs. | $20,000.00 |
| Heavyweight | $25,000.00 |

| 7)   PURSE BID PARTICIPATION | |
|---|---|
| WEIGHT | PARTICIPATION |
| 105 lbs. – 130 lbs. | $5,000.00 |
| 135 lbs. -154 lbs. | $7,500.00 |
| 160 lbs. – 200 lbs. | $10,000.00 |
| HEAVY | $15,000.00 |

b.  For elimination and box off contests (in US $):

| 1) PROMOTER'S BOUT FEE | |
|---|---|
| **TOTAL PURSE OF THE BOXERS** | **PROMOTER'S BOUT FEE (US $)** |
| Up $250,000 | $ 3,600 |
| From $250,001 up to $500,000 | $ 4,800 |
| From $500,001 up to $1,000,000 | $ 6,000 |
| From $1,000,001 up to $4,000,000 | $ 9,000 |
| From $4,000,000 up to $7,000,000 | $ 12,000 |
| From $7,000,001 up to $10,000,000 | $ 15,000 |
| More than $10,000,000 | $ 18,000 |

| 2) Sanctioning Fee | Minimum |
|---|---|
| 3% of each Boxer's Purse | $ 1,200 each |

| 3) Promoters License (if not previously paid) | |
|---|---|
| 1 January – 31 March | $ 5,000 |
| 1 April – 31 December | $ 6,000 |

| 4) Manager License | $ 1,200 |
|---|---|

| 5) Legal and Insurance Fees | $ 3,000 |
|---|---|

| 6) Officials (to be paid to them as independent contractors) | |
|---|---|
| Referee | $ 1,900 |
| Judge | $ 1,600 |
| Supervisor | $ 1,000 |

c. For Gold titles (in US $):

| 1) PROMOTER'S BOUT FEE | |
|---|---|
| All Divisions | $25,000.00 |

| 2) Sanctioning Fee | Percentage of Purse | Minimum | Maximum |
|---|---|---|---|
| Champion | 3% of purse | $ 3,500 | $ 250,000 |
| Challenger | 3% of purse | $ 1,500 | $ 250,000 |

If both fighters are recognized as champions, each is subject to the champion's fee.
If both fighters are recognized as challengers, each is subject to the challenger's fee.

| 3) Promoters License (if not previously paid) | |
|---|---|
| 1 January – 31 March | $ 5,000 |
| 1 April – 31 December | $ 6,000 |

| 4) Belt (if the fight is for the vacant title) | $ 3,500 |
|---|---|

| 5) Officials (to be paid to them as independent contractors) | |
|---|---|
| Referee | $ 1,900 |
| Judge | $ 1,600 |
| Supervisor | $ 1,000 |

d. For Intercontinental and Continental Championship contests (in US $):

| 1) PROMOTER'S BOUT FEE | |
|---|---|
| TOTAL PURSE OF THE BOXERS | PROMOTER'S BOUT FEE (US$) |
| Up to $ 250.000 | $ 6,000 |
| FROM $ 250.001 TO $ 500.000 | $ 8,000 |
| FROM $ 500.001 TO $ 1.000.000 | $ 10,000 |
| FROM $ 1.000.001 TO $ 4.000.000 | $ 15,000 |
| FROM $ 4.000.001 TO $ 7.000.000 | $ 20,000 |
| FROM $ 7.000.001 TO $ 10.000.000 | $ 25,000 |
| FROM $ 10.000.001 Ahead | $ 30,000 |

76

| 2)  Sanctioning Fee | Percentage of Purse | Minimum | Maximum |
|---|---|---|---|
| Champion | 3% of purse | $ 3,500 | $ 150,000 |
| Challenger | 3% of purse | $ 1,500 | $ 150,000 |

If both fighters are recognized as champions, each is subject to the champion's fee.
If both fighters are recognized as challengers, each is subject to the challenger's fee.

| 3)  Promoter's License (if not previously paid) | |
|---|---|
| 1 January – 31 March | $ 5,000 |
| 1 April – 31 December | $ 6,000 |

| 4)  Manager License | |
|---|---|
| | $ 1,200 |

| 5)  Legal and Insurance | |
|---|---|
| | $ 3,000 |

| 6)  Officials (to be paid to them as independent contractors) | |
|---|---|
| Referee | $ 1,900 |
| Judge | $ 1,600 |
| Supervisor | $ 500 |

# APPENDIX E

a.                              MINIMUM PURSE BID AMOUNTS

b.        **For Unified Title fights:**

| For the categories | MINIMUM TO SUPER FLYWEIGHT | US$ | 120,000.00 |
| For the categories | BANTAM to SUPER FEATHERWEIGHT | US$ | 150,000.00 |
| For the categories | LIGHT to SUPER WELTERWEIGHT | US$ | 200,000.00 |
| For the categories | MIDDLE to CRUISER | US$ | 400,000.00 |
| For the category | HEAVYWEIGHT | US$ | 1,500,000.00 |

c.        **For World Title fights:**

| For the categories | MINIMUM TO SUPER FLYWEIGHT | US$ | 80,000.00 |
| For the categories | BANTAM to SUPER FEATHERWEIGHT | US$ | 120,000.00 |
| For the categories | LIGHT to SUPER WELTERWEIGHT | US$ | 150,000.00 |
| For the categories | MIDDLE to CRUISER | US$ | 200,000.00 |
| For the category | HEAVYWEIGHT | US$ | 1,000,000.00 |

d.        **For Interim Title Fights:**

| For the categories | MINIMUM TO SUPER FLYWEIGHT | US$ | 65,000.00 |
| For the categories | BANTAM to SUPER FEATHERWEIGHT | US$ | 100,000.00 |
| For the categories | LIGHT to SUPER WELTERWEIGHT | US$ | 125,000.00 |
| For the categories | MIDDLE to CRUISER | US$ | 175,000.00 |
| For the category | HEAVYWEIGHT | US$ | 600,000.00 |

e.        **For Elimination Fights:**

| For the categories | MINIMUM TO SUPER FLYWEIGHT | US$ | 50,000.00 |
| For the categories | BANTAM to SUPER FEATHERWEIGHT | US$ | 80,000.00 |
| For the categories | LIGHT to SUPER WELTERWEIGHT | US$ | 110,000.00 |
| For the categories | MIDDLE to CRUISER | US$ | 140,000.00 |
| For the category | HEAVYWEIGHT | US$ | 400,000.00 |

## APPENDIX F

### FEMALE BOXING FEES

| | |
|---|---|
| Championship Fight Sanctioning Fee* | $2,500 |
| Champion's Fee (3% of purse) | minimum fee $300 |
| Challenger's Fee (3% of purse) | minimum fee $300 |

NOTE: When the title is vacant, each boxer's minimum fee is $300

| | |
|---|---|
| Supervisor's Fee | $500 |
| Referee Fee | $500 |
| Judges' Fee | $400 |

*Belt is included in the sanctioning fee.

# APPENDIX G

**CONSENT AND WAIVER**

Boxer's Name: _____

      I desire to voluntarily engage in a boxing contest sanctioned for the WBA title.

      In consideration for the WBA's sanction of the bout referenced below, I hereby, for myself, my heirs, executors, administrators, successors, assigns, agents and/or representatives, waive and release any and all claims, potential or otherwise, I may have against the WBA, its officers, directors, employees, agents, or other representatives. Furthermore, I am aware that boxing is a dangerous sport and that injuries often occur, including life threatening injuries. I understand this risk and wish to assume this risk to participate in the bout referenced below and agree to defend, indemnify and otherwise hold harmless the WBA, its officers, directors, employees, agents, supervisors, physicians, or other representatives, for any injury or damages I may suffer in preparation for, transportation to or from, during the bout, and during the bout's scheduled activities, including, but not limited to, weigh-ins, press conferences and the like.

      These terms are binding on my successors, assigns, agents, representatives, heirs, executors, administrators and/or promoters.

      EVENT_____ DATE_____

      VENUE_____

      I have received a complete medical examination by _____, my physician, which indicates that I am medically clear to participate in this match and further indicated that I am free of communicable disease, including HIV and Hepatitis B.

      I am not aware of any medical condition that would limit or prohibit me from engaging in this boxing match.

      I hereby affirm that I have read and fully understand the above. All of my questions have been answered to my satisfaction.

Date:_____

                           _____
                           Boxer's Signature

Date:_____

                           _____
                           Boxer's Manager's Signature